UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AJW PARTNERS, LLC, AJW OFFSHORE, LTD, AJW QUALIFIED PARTNERS, LLC, and NEW MILLENNIUM CAPITAL PARTNERS II, LLC,<br><br>                      Plaintiffs,<br><br>-against-<br><br>CYBERLUX CORPORATION and DONALD F. EVANS,<br><br>                      Defendants. | Case No. 07 CV 8367<br><br>ECF CASE<br><br><u>NOTICE OF APPEARANCE</u> |

To the Clerk of This Court and All Parties of Record:

      PLEASE TAKE NOTICE that the undersigned counsel hereby appears in the within action for Plaintiffs AJW Partners, LLC, AJW Offshore, Ltd., AJW Qualified Partners, LLC and New Millennium Capital Partners II, LLC.

      I certify that I am admitted to practice in this court.

                                                  OLSHAN GRUNDMAN FROME
                                                  ROSENZWEIG & WOLOSKY LLP

                                                  By:   <u>/s/ Jack M. Kint, Jr.</u>
                                                        Jack M. Kint, Jr. (JK7947)
                                                        Attorneys for Plaintiffs
                                                        Park Avenue Tower
                                                        65 East 55th Street
                                                        New York, New York 10022
                                                        (212) 451-2300
                                                        jkint@olshanlaw.com

554845-1