Thomas J. Fleming (TF 4423)
Jack M. Kint, Jr. (JK 7947)
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300
Attorneys for Plaintiffs AJW Partners, LLC, AJW Offshore Ltd.,
AJW Qualified Partners, LLC, and New Millennium Capital Partners II, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AJW PARTNERS, LLC, AJW OFFSHORE, LTD, AJW QUALIFIED PARTNERS, LLC, and NEW MILLENNIUM CAPITAL PARTNERS II, LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>CYBERLUX CORPORATION and DONALD F. EVANS,<br><br>Defendants. | Case No. 07-CV-8367 (DAB)<br><br>ECF CASE<br><br><u>RULE 7.1 STATEMENT</u> |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable judges and magistrate judges of the court to evaluate the possible disqualification or recusal, the undersigned counsel for all Plaintiffs (private non-governmental parties) certify that the following are corporate parents, affiliates, and/or subsidiaries of said parties that are publicly held.

NONE

554968-1

Dated: New York, New York
October 8, 2007

                    OLSHAN GRUNDMAN FROME
                    ROSENZWEIG & WOLOSKY LLP

                    By: /s/ Jack M. Kint, Jr.
                    Thomas J. Fleming (TF-4423)
                    Jack M. Kint, Jr. (JK-7947)
                    *Attorneys for Plaintiffs AJW Partners, LLC, AJW Offshore, Ltd, AJW Qualified Partners, LLC, and New Millennium Capital Partners II, LLC*
                    Park Avenue Tower
                    65 East 55th Street
                    New York, New York 10022
                    (212) 451-2300

554968-1