# EXHIBIT C

8-K 1 officerappointment.htm OXIS FORM 8-K 09-13-07

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## Washington D.C., 20549

Form 8-K

## Current Report
## Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

**Date Of Report (Date Of Earliest Event Reported):  9/13/2007**



**(Exact Name of Registrant as Specified in its Charter)**

**Commission File Number:  0-8092**

| | |
|---|---|
| **DE** | 94-1620407 |
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(I.R.S. Employer Identification No.)** |

323 Vintage Park Drive, Suite B, Foster City, California 94404
**(Address of Principal Executive Offices, Including Zip Code)**

(650) 212-2568
**(Registrant's Telephone Number, Including Area Code)**

**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[ ]  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ]  Soliciting material pursuant to Rule 14a-12 under the Exchange Act(17CFR240.14a-12)

[ ]  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act(17CFR240.14d-2(b))

[ ]  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act(17CFR240.13e-4(c))

Items to be Included in this Report

**Item 5.02.**          **Departure of Directors or Principal Officers; Election of Directors; Appointment of Principal Officers.**

(c)    Appointment of Principal Officers

On September 24, 2007 the board of directors of OXIS International, Inc. appointed Gary M. Post as the Chief Operating Officer of OXIS International, effective immediately.

Mr. Post has served as a director of OXIS since March 15, 2006 and, through an advisory agreement, has effectively served part-time as acting chief operating officer of OXIS. Since 1999 Mr. Post has been the Managing Director and Investment Principal of Ambient Advisors, LLC. Ambient Advisors primarily invests its own and its partners' capital in private and public companies with a particular interest in the health care and life sciences sector and certain other special situations. Ambient Advisors also actively advises these companies, sometimes taking interim management roles. In his capacity as Managing Director at Ambient Advisors, Mr. Post has acted as an interim Chief Executive Officer in two private early to mid stage companies that Ambient had invested in, Opticon Medical, Inc., a medical device company and OccMeds Billing Services, Inc., a worker's compensation pharmacy payment processing company. Mr. Post also served as a President and CEO of VoIP, Inc., a leading provider of Voice over Internet Protocol (VoIP) communications solutions for service providers, resellers and consumers during 2006 and continues as a member of the VoIP, Inc. Board of Directors. Mr. Post holds a MBA from the U.C.L.A. Graduate School of Management and an A.B. in Economics from Stanford University.

On May 12, 2006, OXIS entered into an engagement letter with Ambient Advisors LLC. Gary M. Post is the Managing Director and Investment Principal of Ambient Advisors. Ambient Advisors provided certain services pertaining to strategic planning, investor communications and financing strategies and other projects at the request of our chief executive officer for a one year period in return for monthly compensation of $5,000. Under the agreement, Ambient Advisors was issued a ten year warrant to purchase 108,000 shares of our common stock at an exercise price of $0.39 per share, with 9,000 shares becoming exercisable each month over the term of the agreement. On October 12, 2006, OXIS mutually agreed with Gary M. Post to terminate the engagement letter with Ambient Advisors LLC, effective October 15, 2006, replace it with a new consulting agreement and accelerate the vesting of the warrant to be fully vested effective October 15, 2006.

On November 6, 2006, OXIS entered into an advisory agreement with Ambient Advisors that commenced retroactively on October 15, 2006. Gary Post, on behalf of Ambient Advisors, has provided certain services to OXIS pertaining to operations, strategic planning, financial planning and budgeting, investor relations, corporate finance and such additional roles and responsibilities as requested for a three year period beginning October 15, 2006. The terms of this advisory agreement are detailed in the Form 8-K filed by OXIS on November 13, 2006. It is expected that Mr. Post will continue to be compensated pursuant to the Ambient Advisors advisory agreement after his appointment as Chief Operating Officer and will not be entering into an employment agreement with regard to that appointment.

**Item 8.01.**          **Other Events.**

On September 13, 2007, the lawsuit initiated by Applied Genetics Incorporated Dermatics ("AGI") against OXIS on or about April 13, 2007 was dismissed without prejudice by agreement of both parties. The original complaint by AGI alleged that certain actions taken by OXIS to protect and enforce its patents have caused damage to AGI, and asserted claims of unfair competition, tortuous interference with prospective economic advantage and contractual relations. The complaint also challenged the validity of one of OXIS' patents. OXIS subsequently counterclaimed alleging that AGI's production, use and sale of L-ergothioneine infringes certain patents held by OXIS. The parties have agreed to pursue mediation on the dispute, and subsequently arbitration if mediation proves unsuccessful.

**Item 9.01.**          **Financial Statements and Exhibits.**

    (c) Exhibits

    None.

**Signature(s)**

    Pursuant to the Requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this Report to be signed on its behalf by the Undersigned hereunto duly authorized.

                               **OXIS International, Inc.**

Dated September 27, 2007                    By:/s/  Marvin S. Hausman, M.D.
                                           Marvin S. Hausman, M.D.
                                           President & CEO

**EXHIBIT D**

# AMBIENT

## Contact Us

- Home
- Ambient Advisors
- Ambient Global Partners
- Ambient Capital
- Asset Mgmt. Firms
- Who We Are
- Ambient Community Program
- What's New
- **Contact Us**

100 North Crescent Drive
Suite 305
Beverly Hills, CA 90210

(310) 432-1750 (voice)
(310) 432-1755 (fax)
info@ambientcapital.com

**EXHIBIT E**





HOME

RESEARCH PRODUCTS

ERGOTHIONEINE

THERAPEUTIC COMPOUNDS

BIOCHECK

INVESTORS

CONTACT US

**Oxis International Inc.**
323 Vintage Park Drive, Suite B
Foster City, CA  92202  USA
Tel:  650-212-2568
Toll free:  888-547-3686
FAX: 650-212-2569
e-mail: info@oxis.com

**Contact Us**

Contact us via email:

    U.S. sales
    International Sales
    Request technical service
    Report web site problems

Write to us at:

    OXIS International, Inc.
    323 Vintage Park Dr, Suite B
    Foster City, CA 94404-1136
    USA

Call us at:

    Toll free    1-800-547-3686
    Phone      650-212-2568
    Fax           650-212-2569

Stock Markets:

    US-OTCBB OXIS
    Europe-Le Nouveau Marche OXIS

About: Oxidative Stress . Antibody . Antioxidant . Anti-oxidant . Biomarker . Catalase . ELISA . Enzyme . Free radical . Glut
Lipid Peroxidation . MPO . Nitric Oxide . Nitrosative . Nitrotyrosine . Research Assay . Superoxide . Superoxide Dismutas

**EXHIBIT F**



# National Area Codes

Home        << Back        Nebraska Area Code  | Numeric Area Code Guide | Area Coc

[ Other Telephone Resources ]

| | | | |
|---|---|---|---|
| **Alabama** | | **MINNESOTA** | |
| Anniston | 256 | Apple Valley | 952 |
| Birmingham | 205 | Blaine | 763 |
| Huntsville | 256 | Bloomington | 952 |
| Montgomery | 334 | Duluth | 218 |
| Southern Alabama | 334 | Eagan | 651 |
| Tuscaloosa | 205 | Minneapolis | 612 |
| **Alaska** | 907 | Minnetonka | 952 |
| Antigua | 268 | New Brighton | 651 |
| **Arizona** | | Plymouth | 763 |
| Phoenix | 623/602/480 | St. Paul | 651 |
| Tucson | 520 | Rochester | 507 |
| **Arkansas** | | St. Cloud | 320 |
| Fort Smith | 501 | St. Paul | 651 |
| Little Rock | 501 | **MISSISSIPPI** | |
| Jonesboro | 870 | Biloxi | 228 |
| Pine Bluff | 870 | Greenville | 662 |
| Bahamas | 242 | Hattiesburg | 601 |
| **BARBADOS** | 246 | Jackson | 601 |
| **BERMUDA** | 441 | Meridian | 601 |
| **BRITISH WEST INDIES** | | Starkville | 662 |
| **DOMINICAN REPUBLIC** | 767/809 | Tupelo | 662 |
| **CALIFORNIA** | | Vicksburg | 601 |
| Anaheim | 714 | **MISSOURI** | |
| Bakersfield | 661 | Chesterfield | 636 |
| Barstow | 760 | Columbia | 573/314 |
| Beverly Hills | 310/424 | Jefferson City | 636 |
| Catalina Island | 424 | Joplin | 417 |
| Chico | 530 | Kansas City | 816 |
| Concord | 925 | Kirksville | 660 |
| Escondido | 442 | Maryland Heights | 314 |
| Eureka | 707 | St. Charles | 636 |
| Fremont | 510/341 | St. Joseph | 816 |
| Fresno | 559 | St. Louis | 314 |
| Glendale | 559 | Sedalia | 660 |
| Irving | 949 | Springfield | 417 |
| Long Beach | 562 | **MONTANA** | 406 |
| Los Angeles | 213/323 | **NEBRASKA** | details >> |
| Modesto | 209/559 | Grand Island | 308 |
| Monterey | 408/831 | Kearney | 308 |
| Oakland | 510/925 | Lincoln | 402 |
| Ontario | 909/752 | Omaha | 402 |
| Palm Springs | 760 | Scottsbluff | 308 |
| Palmdale | 661 | **NEVADA** | |
| Palo Alto | 650 | Carson City | 775 |
| Pasadena | 818/626 | Elko | 775 |
| Riverside | 909 | Las Vegas | 702 |
| Sacramento | 916/530 | Reno | 775 |
| Salinas | 831 | **NEW HAMPSHIRE** | 603 |
| San Bernadino | 909 | **NEW JERSEY** | |
| San Diego | 619/858 | Atlantic City | 609 |
| San Francisco | 415/935 | Camden | 609 |
| San Jose | 408/831 | Elizabeth | 908 |
| San Mateo | 650/764 | Hackensack | 201 |
| San Rafael | 415/628 | Jersey City | 201 |
| Santa Barbara | 805/661 | Newark | 973 |
| Temecula | 951 | New Brunswick | 732 |
| Thousand Oaks | 805 | Paterson | 973 |
| Torrence | 310/424 | Piscataway | 732 |

**Canada**

| | |
|---|---|
| British Columbia | 250/604 |
| Calgary | 403 |
| Edmonton | 780 |
| Kenora | 807 |
| Manitoba | 204 |
| Montreal | 514/450 |
| New Brunswick | 506 |
| Newfoundland | 709 |
| Nova Scotia | 902 |
| Ontario | 905 |
| Ottawa | 613 |
| Quebec City | 418 |
| Saskatchewan | 306 |
| Toronto | 416 |
| Vancouver | 604 |
| Winnipeg | 204 |

**COLORADO**

| | |
|---|---|
| Aspen | 970 |
| Aurora | 303/720 |
| Boulder | 303/720 |
| Colorado Springs | 719 |
| Denver | 303/720 |
| Durango | 970 |
| Grand Junction | 970 |
| Leadville | 719 |
| Longmont | 303/720 |
| Pueblo | 719 |
| Steamboat Springs | 970 |
| No. and Western Colorado | 970 |

**CONNECTICUT**

| | |
|---|---|
| Bridgeport | 203 |
| Hartford | 860 |
| New Haven | 203 |
| Stanford | 203 |

**DELAWARE** 302

**DISTRICT OF COLUMBIA** 202

**FLORIDA**

| | |
|---|---|
| Clearwater | 727/813 |
| Dayton Beach | 904 |
| Ft. Lauderdale | 954 |
| Ft. Myers | 941 |
| Gainesville | 352 |
| Jacksonville | 904 |
| Key West | 305 |
| Lakeland | 863 |
| Melbourne | 321 |
| Miami | 786/305 |
| Naples | 941 |
| Orlando | 407 |
| Pensacola | 850 |
| St Petersburg | 923/813 |
| Sarasota | 941 |
| Tallahassee | 850 |
| Tampa | 923 |
| Titusville | 321 |
| West Palm Beach | 561 |

**GEORGIA**

| | |
|---|---|
| Albany | 912 |
| Atlanta Metro | 678/404 |
| Atlanta Metro (outside 285 beltway) | 678/770 |
| Augusta | 706 |
| Columbus | 706 |
| Marietta | 678/770 |
| Norcross | 678/770 |
| Rome | 706 |
| Savannah | 912 |

**GRENADA** 473/809

**GUAM** 671

| | |
|---|---|
| Plainfield | 908 |
| Trenton | 609 |
| Vineland | 856 |

**NEW MEXICO** 505

**NEW YORK**

| | |
|---|---|
| Albany | 518 |
| Binghamton | 607 |
| Bronx | 718/347 |
| Brooklyn | 718/347 |
| Buffalo | 716 |
| Hempstead | 516 |
| Long Island | 516 |
| Manhattan | 212/646 |
| New York City Boroughs | 718 |
| Niagara Falls | 716 |
| Peekskill | 914 |
| Poughkeepsie | 914 |
| Queens | 718/347 |
| Rochester | 716 |
| Schenectady | 518 |
| Syracuse | 315 |
| Troy | 518 |
| Utica | 315 |
| White Plains | 914 |
| Younkers | 914 |

**NORTH CAROLINA**

| | |
|---|---|
| Asheville | 828 |
| Burlington | 336 |
| Charlotte | 704 |
| Durham | 919 |
| Fayetteville | 910 |
| Goldsboro | 919 |
| Greensboro | 336 |
| Hickory | 828 |
| Kinston | 252 |
| Raleigh | 919 |
| Rocky Mount | 252 |
| Salisbury | 704 |
| Statesville | 704 |
| Wilmington | 910 |
| Winston-Salem | 336 |

**NORTH DAKOTA** 701

**OHIO**

| | |
|---|---|
| Akron/Canton | 330 |
| Ashtabula | 440 |
| Canton | 330 |
| Cincinnati | 513 |
| Cleveland | 216/440 |
| Columbus | 614 |
| Dayton/Springfield | 937 |
| Lancaster | 740 |
| Lorain | 440 |
| Marion | 614 |
| Newark | 740 |
| Portsmouth | 740 |
| Steubenville | 740 |
| Toledo | 419 |
| Washington C.H. | 740 |
| Youngstown | 330 |

**OKLAHOMA**

| | |
|---|---|
| Ada | 580 |
| Enid | 580 |
| Lawton | 580 |
| McAlester | 918 |
| Oklahoma City | 405 |
| Shawnee | 405 |
| Stillwater | 405 |
| Tulsa | 918 |

**OREGON**

| | |
|---|---|
| Astoria | 503 |

| | | | |
|---|---|---|---|
| **HAWAII** | 808 | Bend | 541 |
| **IDAHO** | 208 | Corvallis | 541 |
| **ILLINOIS** | | Eugene | 541 |
| Alton | 618 | Medford | 541 |
| Cairo | 618 | Pendleton | 541 |
| Champaign-Urbana | 217 | Portland | 503/971 |
| Chicago Metro | 773 | Salem | 503/971 |
| Central Chicago Suburbs | 630 | **PENNSYLVANIA** | |
| Northern Chicago Suburbs | 847 | Allentown | 610/484 |
| Southern Chicago Suburbs | 708 | Altoona | 814 |
| Chicago Loop | 312 | Erie | 814 |
| Elgin | 630/847 | Harrisburg | 717 |
| La Salle | 815 | Lancaster | 717 |
| Mt. Vernon | 618 | New Castle | 724 |
| Northern Chicago Suburbs | 847 | Philadelphia | 215/267 |
| Peoria | 309 | Pittsburgh | 412/724 |
| Rockford | 815 | Reading | 610/484 |
| Springfield | 217 | State College | 814 |
| Waukegan | 630/847 | Uniontown | 724 |
| **INDIANA** | | Washington | 724 |
| Anderson | 765 | Wilkes-Barre | 570 |
| Evansville | 812 | **PUERTO RICO** | 787 |
| Gary | 219 | **RHODE ISLAND** | 401 |
| Hammond | 219 | **SOUTH CAROLINA** | |
| Indianapolis | 317 | Charleston | 843 |
| Lafayette | 765 | Columbia | 803 |
| Michigan City | 219 | Florence | 843 |
| South Bend | 219 | Greenville/Spartanburg | 864 |
| **IOWA** | | **SOUTH DAKOTA** | 605 |
| Council Bluffs | 712 | **TENNESSEE** | |
| Davenport | 319 | Chattanooga | 423 |
| Des Moines | 515 | Clarksville | 931 |
| Dubuque | 319 | Columbia | 931 |
| Iowa City | 641 | Cookeville | 931 |
| Iowa City | 319 | Johnson City | 423 |
| Sioux City | 712 | Knoxville | 865 |
| **JAMAICA** | 809/876 | Memphis | 901 |
| **KANSAS** | | Murfreesboro | 615 |
| Atchison | 913 | Nashville | 615 |
| Dodge City | 316 | **TEXAS** | |
| Kansas City | 913 | Abilene | 915 |
| Lawrence | 785 | Amarillo | 806 |
| Salina | 785 | Austin | 512 |
| Topeka | 785 | Beaumont | 409 |
| Wichita | 316 | Brownsville | 956 |
| **KENTUCKY** | | Corpus Christi | 361 |
| Ashland | 606 | Dallas | 972/214/469 |
| Covington | 606 | Del  Rio | 830 |
| Elizabethtown | 270 | Denton | 940 |
| Frankfort | 502 | El Paso | 915 |
| Lexington | 606 | Fort Worth | 817 |
| Louisville | 502 | Fredericksburg | 830 |
| Owensboro | 270 | Galveston | 409 |
| Paducah | 270 | Houston | 713/281/832 |
| Shelbyville | 502 | Laredo | 956 |
| Winchester | 606 | Lubbock | 806 |
| **LOUISIANA** | | New Braunfels | 830 |
| Alexandria | 318 | San Antonio | 210 |
| Baton Rouge | 225 | Tyler | 903 |
| Lafayette | 337 | Waco | 254 |
| Lake Charles | 337 | Wichita  Falls | 940 |
| Monroe | 318 | **UTAH** | |
| New Orleans | 504 | Logan | 435 |
| Shreveport | 318 | Ogden | 801 |
| **MAINE** | 207 | Price | 435 |
| **MARYLAND** | | Provo | 801 |
| Annapolis | 410/443 | Salt Lake City | 801 |
| Baltimore | 410/443 | St. George | 435 |
| Hagerstown | 240/301 | Weber | 385 |
| Rockville | 240/301 | **VERMONT** | 802 |

**MASSACHUSETTS**

| | |
|---|---|
| Boston (Central) | 617 |
| Boston (Suburbs) | 781 |
| Fall River | 508 |
| Lowell | 978 |
| New Bedford | 508 |
| Pittsfield | 413 |
| Springfield | 413 |
| Worcester | 508 |

**MICHIGAN**

| | |
|---|---|
| Ann Arbor | 734 |
| Bay City | 517 |
| Battle Creek | 616 |
| Big Rapids | 231 |
| Dearborn | 313 |
| Detroit | 313 |
| Flint | 810 |
| Grand Rapids | 616 |
| Jackson | 517 |
| Kalamazoo | 616 |
| Lansing | 517 |
| Livonia | 734 |
| Muskegon | 231 |
| Marquette | 906 |
| Pontiac | 248 |
| Port Huron | 810/586 |
| Sault  Ste. Marie | 906 |
| Southfield | 248 |
| Troy | 248 |
| Warren | 810/586 |

**VIRGIN ISLANDS** (British) 284
**VIRGIN ISLANDS** (U.S.)  340

**VIRGINIA**

| | |
|---|---|
| Alexandria | 703 |
| Arlington | 703 |
| Charlottesville | 804 |
| Newport News | 804 |
| Norfolk | 757 |
| Richmond | 804 |
| Roanoke | 540 |

**WASHINGTON**

| | |
|---|---|
| Bellevue | 425 |
| Olympia | 360 |
| Seattle | 206 |
| Spokane | 509 |
| Tacoma | 253 |
| Vancouver | 360 |
| Walla Walla | 509 |
| Yakima | 509 |

**WEST VIRGINIA**   304

**WISCONSIN**

| | |
|---|---|
| Brookfield | 262 |
| Eau Claire | 715 |
| Elkhorn | 262 |
| Fond du Lac | 920 |
| Green Bay | 920 |
| Madison | 608 |
| Milwaukee | 414 |
| Port Washington | 262 |
| Racine | 414 |
| Sheboygan | 920 |
| Wausau | 715 |
| West Allis | 414 |

**WYOMING**   307

Current area codes as of September 30, 2000

©2005 HunTel Systems

**EXHIBIT G**

PRESENT:
Honorable Charles E. Ramos, J.S.C.

At Commercial Division Part 53 of the
Supreme Court of the State of New York,
held in and for the County of New York,
located at 60 Centre Street, New York, New
York 10007, on the ___ day of _____ 2007

---

AJW PARTNERS, LLC, AJW OFFSHORE,
LTD, AJW QUALIFIED PARTNERS, LLC,
and NEW MILLENNIUM CAPITAL
PARTNERS II, LLC.

       Plaintiffs,

    -against-

RG GLOBAL LIFESTYLES, INC. and LOUIS
KNICKERBOCKER,

       Defendants.

Index No. 600323/07

STIPULATED ORDER

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

counsel of record as follows:

 1. The parties agree that until July 31, 2007, they will refrain from discovery, motion

practice, or other adversarial litigation activities so that the parties may discuss a potential

settlement of this action.

 2. The parties agree that if American International Group, the underwriter of two

key man life-insurance policies on Louis L. Knickerbocker, pays out the proceeds of those

policies before August 15, 2007, it will deliver the check or funds of those proceeds to

defendants' undersigned counsel, Saiber Schlesigner Satz & Goldstein, LLC, for deposit in a

New York bank, and that firm will hold such proceeds in its attorney trust account until August

15, 2007, or pending further order of the Court.

 3. Saiber Schlesigner Satz & Goldstein, LLC, will give immediate notice of such

deposit to plaintiffs' undersigned counsel Olshan Grundman Frome Rosenzweig & Wolosky

LLP.

1

4.  Plaintiffs are authorized to present a copy of this Stipulated Order to American International Group, and to direct American International Group to comply with it.

5.  Plaintiffs hereby withdraw their Order to Show Cause for a preliminary injunction, filed June 27, 2007, without prejudice.

6.  Defendants hereby withdraw their motion to dismiss the complaint in this action as against Louis L. Knickerbocker, filed June 15, 2007, without prejudice.

7.  Pursuant to CPLR 3217(a)(2), plaintiffs hereby discontinue this action as against defendant Louis L. Knickerbocker, without prejudice, and with each party to bear its own costs and expenses.

8.  No party to this action is an infant, an incompetent person for whom a committee has been appointed, or a conservatee, and no person not a party has any interest in the subject matter of this action.

9.  The running of the limitations periods of plaintiffs' claims in this action against Louis L. Knickerbocker are hereby tolled for a period of two years beginning on the date of this Stipulated Order.

10.  The existing caption of this action is hereby amended to delete Louis L. Knickerbocker as a party, and upon entry of this Stipulated Order the Clerk of Court is directed to change the existing caption to read as follows:

AJW PARTNERS, LLC, AJW OFFSHORE, LTD,
AJW QUALIFIED PARTNERS, LLC, and
NEW MILLENNIUM CAPITAL PARTNERS II, LLC,

Plaintiffs,

-against-

RG GLOBAL LIFESTYLES, INC.,

Defendant.

2

11.    This Stipulated Order may be signed in counterparts by the undersigned counsel

with facsimile signatures treated as originals.

Dated: New York, New York
       June 29, 2007

SAIBER SCHLESINGER SATZ
& GOLDSTEIN, LLC

By: _____
    Ernest Edward Badway
    Marc C. Singer
    *Attorneys for Defendants RG Global*
    *Lifestyles, Inc. and Louis*
    *Knickerbocker*
    44 Wall Street, 12th Floor
    New York, New York 10005
    (212) 461-2323

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
    Thomas J. Fleming
    Jack M. Kint, Jr.
    *Attorneys for Plaintiffs/Counterclaim*
    *Defendants AJW Partners, LLC, AJW*
    *OffshoreLtd., AJW Qualified Partners,*
    *LLC, and New*
    *Millennium Capital Partners II, LLC*
    Park Avenue Tower
    65 East 55th Street
    New York, New York 10022
    (212) 451-2300

SO ORDERED on this _____ day of _____ 2007.

_____
Charles E. Ramos, J.S.C.

(00488852.DOC)3

545125-1

**EXHIBIT H**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AJW PARTNERS, LLC, AJW OFFSHORE, LTD, :
AJW QUALIFIED PARTNERS, LLC, AND
NEW MILLENNIUM CAPITAL                      :
PARTNERS II, LLC,
            Plaintiffs,                       :

  - against -                                  :

RG GLOBAL LIFESTYLES, INC. AND LOUIS :
L. KNICKERBOCKER,
           Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
AJW PARTNERS, LLC, AJW OFFSHORE, LTD, :
AJW QUALIFIED PARTNERS, LLC, AND
NEW MILLENNIUM CAPITAL                      :
PARTNERS II, LLC,
            Plaintiffs,                       :

  - against -                                  :

BOOTIE BEER CORPORATION,                     :
           Defendant.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 7 2007

07 Civ. 1835 (PAC)
ORDER

07 Civ. 1836 (PAC)

HONORABLE PAUL A. CROTTY, United States District Judge:

Plaintiffs AJW Partners, LLC, AJW Offshore, LTD, AJW Qualified

Partners, LLC, ("AJW Qualified") and New Millennium Capital Partners II, LLC

("NMCP") bring these two related actions for breach of contract against Defendants

Bootie Beer Inc. ("Bootie Beer"), RG Global Lifestyles, Inc. ("RG Global"), and Louis

Knickerbocker ("Knickerbocker").[1] These cases were originally brought in the Supreme

Court of the State of New York, but the Defendants, represented by the same counsel,

have removed their respective actions to this Court pursuant to 28 U.S.C. § 1441, based

on this Court's diversity jurisdiction under 18 U.S.C. § 1332. Plaintiffs now move for

---

[1] Knickerbocker died in late April 2007, after the commencement of this action.

remand on the grounds that complete diversity does not exist among the parties in either case. The Court now grants both motions to remand.

Bootie Beer is incorporated and has its primary place of business in Florida. RG Global is incorporated and has its primary place of business in California, and Knickerbocker was a resident of California. AJW Qualified is a limited liability corporation, and bears the citizenship of each of its members for purposes of diversity jurisdiction. Handelsman v. Bedford Village Associates Ltd. Partnership, 213 F.3d 48, 51-52 (2d Cir. 2000).

Plaintiffs allege that Shefts Family L.P., a Delaware limited partnership, is a member of AJW Qualified. As a limited partnership, Shefts Family L.P. in turn bears the citizenship of each partner. Id. Plaintiffs allege that Mark Shefts ("Shefts") is a limited partner in Shefts Family L.P. and a resident of Florida. In support of their allegations, Plaintiffs present sworn statements by Shefts and Corey Ribotsky ("Ribotsky"), manager of AJW Qualified, along with a brief letter from Shefts to Ribotsky pertaining to Shefts Family L.P. investments in AJW Qualified.

Plaintiffs further allege that NC Global Consulting, LLC ("NC Consulting"), a limited liability corporation, is a member of AJW Qualified. Plaintiffs allege that Owen Naccarato ("Naccarato") is a member of NC Consulting and a resident of California. In support of their allegations, Plaintiffs present sworn statements by Naccarato and Ribotsky, and a copy of NC Consulting's subscription for membership in AJW Qualified.

The Court may exercise diversity jurisdiction only if there is complete diversity of citizenship among the parties, "i.e., only if there is no plaintiff and no

defendant who are citizens of the same State." Wisconsin Dep't of Corrections v. Schacht, 524 U.S. 381, 388 (1998) (internal quotation marks omitted). Defendants do not, and can not, dispute that diversity is incomplete if Shefts' and Naccarato's sworn statements are accurate. Instead they argue that statements and supporting evidence offered by Plaintiffs are self-serving and insufficient to support the conclusion that this Court lacks jurisdiction. Defendants do not, however, offer any rebuttal evidence.

The Court will not simply disregard unrebutted statements given under oath. If Plaintiffs have knowingly offered perjurious statements there are remedies available to Defendants, but the mere assertion that the statements are disingenuous is inadequate to demonstrate that this Court has jurisdiction. Even if there were any basis for doubting the statements, "federal courts construe the removal statute narrowly, resolving any doubts against removability." Lupo v. Human Affairs Intern., Inc., 28 F.3d 269, 274 (2d Cir. 1994).

Plaintiffs' motions are GRANTED. These two actions are remanded to the New York State Supreme Court, and the Clerk of the Court is directed to close them.

Dated: New York, New York
       June 6, 2007

                                                    SO ORDERED

                                                    _____

                                                    PAUL A. CROTTY
                                                    United States District Judge