UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AJW PARTNERS, LLC, AJW OFFSHORE, LTD,
AJW QUALIFIED PARTNERS, LLC, and NEW
MILLENNIUM CAPITAL PARTNERS II, LLC,

                      Plaintiffs,

    -against-

CYBERLUX CORPORATION and
DONALD F. EVANS,

                      Defendants.

Case No. 07-CV-8367

ECF CASE

CERTIFICATE OF SERVICE

    I, JULIANNE M. FOLEY, am not a party to this action and am over the age of 18, and certify under penalty of perjury that on October 10, 2007, I served a true copy of the **NOTICE OF APPEARANCE OF JACK M. KINT, JR.** upon

Ernest E. Badway, Esq.
Saiber Schlesinger Satz & Goldstein, LLC
44 Wall Street, 12th Floor
New York, New York 10005

by depositing a true copy thereof, enclosed in postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State at the address designated above for said purpose.

_____
Julianne M. Foley

556487-1