```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
AJW PARTNERS LLC, ET AL.,

               Plaintiffs,

          07 Civ. 8367 (DAB)
  -against-                ORDER

CYBERLUX CORP.,

               Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of correspondence from the Parties, dated February 11 and February 14, 2008, regarding the scheduling of a discovery conference in this action.

    It is the practice of this Court that court-ordered discovery shall not commence until after the disposition of any motions to dismiss.  This is a prudent and efficient use of time and effort.  However, to the extent that the Parties are willing to proceed among themselves with discovery voluntarily, they may do so at any time.

SO ORDERED.

Dated:    New York, New York
          February 22, 2008

                                      Deborah A. Batts
                                      United States District Judge