# EXHIBIT B

## NOTICE OF CONVERSION
(To be Executed by the Registered Holder
in order to Convert the Notes)

The undersigned hereby irrevocably elects to convert $3,016.09 principal amount of the Note (defined below) into shares of common stock, par value $.001 per share ("**Common Stock**"), of Cyberlux Corporation, a Nevada corporation (the "**Borrower**") according to the conditions of the convertible Notes of the Borrower dated as of November 24, 2004 (the "Notes"), as of the date written below. If securities are to be issued in the name of a person other than the undersigned, the undersigned will pay all transfer taxes payable with respect thereto and is delivering herewith such certificates. No fee will be charged to the Holder for any conversion, except for transfer taxes, if any. A copy of each Note is attached hereto (or evidence of loss, theft or destruction thereof).

The Borrower shall electronically transmit the Common Stock issuable pursuant to this Notice of Conversion to the account of the undersigned or its nominee with DTC through its Deposit Withdrawal Agent Commission system ("**DWAC Transfer**").

Name of DTC Prime Broker: PENSON FINANCIAL SERVICES, INC, DTC # 0234
Account Number:_____

In lieu of receiving shares of Common Stock issuable pursuant to this Notice of Conversion by way of a DWAC Transfer, the undersigned hereby requests that the Borrower issue a certificate or certificates for the number of shares of Common Stock set forth below (which numbers are based on the Holder's calculation attached hereto) in the name(s) specified immediately below or, if additional space is necessary, on an attachment hereto:

Name: Penson Financial Services FBO: AJW Partners, LLC
Address: 1044 Northern Blvd. Suite 302, Roslyn, New York 11576

The undersigned represents and warrants that all offers and sales by the undersigned of the securities issuable to the undersigned upon conversion of the Notes shall be made pursuant to registration of the securities under the Securities Act of 1933, as amended (the "**Act**"), or pursuant to an exemption from registration under the Act.

Date of Conversion: August 10, 2007
Applicable Conversion Price: $ .0008
Number of Shares of Common Stock to be Issued Pursuant to
Conversion of the Notes: 3,770,114 Shares
Signature: SMS GROUP, LLC


BY:_____
Name: Corey S. Ribotsky, Manager
Address: 1044 Northern Blvd. Suite 302, Roslyn, New York 11576

The Borrower shall issue and deliver shares of Common Stock to an overnight courier not later than three business days following receipt of the original Note(s) to be converted, and shall make payments pursuant to the Notes for the number of business days such issuance and delivery is late.

*Control and Restricted Securities Checklist*

*A. Information Concerning Seller*

1. Name: ___AJW Partners, LLC___
2. Address: ___1044 Northern Blvd #302 Roslyn, NY 11576___
3. Employer: _____
4. Position: _____
5. Social Security Number: ___11-3466781___
6. Relationship to Issuing Company: ___Investor___
7. The Firm (is)(is not) authorized by Seller to contact the Issuer, its counsel and transfer agent concerning this sale.

*B. Information Concerning Securities to be Sold*

1. Issuer: ___Cyberlux___
2. Title of Securities: _____
3. Total number of shares owned by Seller: _____
4. Number of shares to be sold: ___3,770,114___
5. Proposed date of sale: ___8/17/07___
6. How Securities were acquired?
   a. Date acquired: ___11/24/04___
   b. Nature of acquisition transaction: ___Private Placement___
   c. From whom acquired: ___Issuer / Company___
   d. Amount of Securities acquired: _____
   e. Date of Payment: ___11/24/04___
   f. Nature of payment: ___Wire___
7. If the Securities were acquired as a gift, pledge or from a trust or estate, how and when did the prior owner acquire the Securities?: ___N/A___

8. Describe any short positions or put options to sell any of the Securities (or any securities convertible into such Securities or securities into which the Securities are convertible) since their acquisition: ___N/A___

9. Are the Securities covered by a current registration statement?: _____

10. Has customer prepared SEC Form 144 in contemplation of proposed sale?: ___N/A___

If so, please attach copy. Date mailed to SEC: _____

*Control and Restricted Securities Checklist (Continued)*

C.  Certificates:   **to be issued**

   1.  If a legend appears on the certificates, copy the language or attach a copy of both sides of the certificate.

      _____

      _____

   2.  Certificate numbers, dates and amounts (or attach copies):

   3.  Exact name in which certificates are registered:

   4.  Name, Address and Phone Number of Transfer Agent:

   5.  Location of Certificates: _____

   6.  Describe any special arrangements necessary to make delivery of certificates:

D.  Information Regarding Company and Trading of Securities

   1.  Trading market for securities (Principal Exchange or OTC): _____ OTC: BB

   2.  Shares currently outstanding (as set forth in Issuer's most recent SEC filing or other public notice): \_\_\_ 473,186,910

   3.  Volume during each of the past four calendar weeks: (if available):

   4.  If an SEC reporting company, has Issuer filed a 10-K (annual) or 10-Q (quarterly) report with the SEC during the preceding 90 days?: _____

   5.  If not a reporting company has the Issuer made current information and financials publicly available?: _____ Please cite public sources: _____

## Control and Restricted Securities Checklist (Continued)

E.  Securities Sold During the Three Months Preceding this Sale

List all sales of securities of this Issuer in the three months preceding this sale by the following:

1. Seller
2. Relatives of the Seller (including spouse and in-laws living in same home
3. Trust an d Estates in which Seller or any such relatives collectively own 10% or more of the total beneficial interest or serve as trustee, executor or in any similar capacity
4. Corporations and organizations in which the Seller and such relatives collectively own beneficially 10% or more of any class of equity securities or 10% or more of the equity interest
5. Sales by pledge (if Seller is pledgor) or pledgor (if Seller is pledgee) if default occurred within preceding two years
6. Sales by donor (if Seller is donee or trust) or sales by donee or trust (if Seller was donor) if gift occurred within the preceding two years
7. Any sales by decedent within preceding three months if Seller is decedent's estate or beneficiary of such estate
8. Any person acting in concert with the Seller
9. Sales by any of the above securities convertible into securities to be sold (measured by amount of securities into which they are convertible)
10. Sales by any of the above securities into which the securities to be sold are convertible (Give number of shares sold, when and by whom for any of above)

_____
_____
_____
_____
_____
_____
_____
_____

*Rule 144(k) Seller's Representation Letter*

Date: 8/10/07

Re: SEC Rule 144(k) Sale of _3,770,114_ Shares of the Common Stock (the "Shares") of _Cyberlux Corp_ (the "Company")

To Whom It May Concern:

In connection with the sale referenced above, the undersigned represents that:

1. The undersigned is not now nor has the undersigned been within the preceding three months an affiliate of the Company.
2. The undersigned has beneficially owned the Shares for at least two years excluding any period during which the undersigned has a short position in, or an option to dispose of, any securities of the Company.
3. The sale of the Shares complies in all respects with the undersigned's requirements under Rule 144(k)

The undersigned agrees to notify you immediately if any of the representations provided become inaccurate before this sale is completed. The undersigned further agrees that the proceeds of this sale may not be paid until transfer of the Shares free of any transfer restrictions has been completed.

A.J.W. Partners, LLC
Name of Seller

_____
Signature of Seller

Corey S. Ribotsky,
Title of Signatory (if applicable)
Manager



## Irrevocable Stock Power Form

For Value Received, the undersigned do hereby sell, assign and transfer unto

_____     _____ shares of the Capital

Stock of _____ standing in the name of

the undersigned on the books of said Company; represented by Certificates No.

_____ herewith, and hereby irrevocably constitute and appoint Penson

Financial Services, Inc. attorney to transfer the said stock on the books of the within named

Company with full power of substitution in the premises.

_____     8|10|07
Account Holder's Signature                         Date

_____     _____
Joint Account Holder's Signature                   Date

## NOTICE OF CONVERSION
(To be Executed by the Registered Holder
in order to Convert the Notes)

The undersigned hereby irrevocably elects to convert $565.52 principal amount of the Note (defined below) into shares of common stock, par value $.001 per share ("**Common Stock**"), of Cyberlux Corporation., a Nevada corporation (the "**Borrower**") according to the conditions of the convertible Notes of the Borrower dated as of November 24, 2004 (the "Notes"), as of the date written below. If securities are to be issued in the name of a person other than the undersigned, the undersigned will pay all transfer taxes payable with respect thereto and is delivering herewith such certificates. No fee will be charged to the Holder for any conversion, except for transfer taxes, if any. A copy of each Note is attached hereto (or evidence of loss, theft or destruction thereof).

The Borrower shall electronically transmit the Common Stock issuable pursuant to this Notice of Conversion to the account of the undersigned or its nominee with DTC through its Deposit Withdrawal Agent Commission system ("**DWAC Transfer**").

Name of DTC Prime Broker: <u>PENSON FINANCIAL SERVICES, INC, DTC # 0234</u>
Account Number:_____

In lieu of receiving shares of Common Stock issuable pursuant to this Notice of Conversion by way of a DWAC Transfer, the undersigned hereby requests that the Borrower issue a certificate or certificates for the number of shares of Common Stock set forth below (which numbers are based on the Holder's calculation attached hereto) in the name(s) specified immediately below or, if additional space is necessary, on an attachment hereto:

Name: <u> Penson Financial Services FBO: New Millennium Capital Partners II, LLC</u>
Address:<u>1044 Northern Blvd. Suite 302, Roslyn, New York 11576</u>

The undersigned represents and warrants that all offers and sales by the undersigned of the securities issuable to the undersigned upon conversion of the Notes shall be made pursuant to registration of the securities under the Securities Act of 1933, as amended (the "**Act**"), or pursuant to an exemption from registration under the Act.

Date of Conversion: <u>August 10, 2007</u>
Applicable Conversion Price: <u>$ .0008</u>
Number of Shares of Common Stock to be Issued Pursuant to
Conversion of the Notes: <u>706,896 Shares</u>
Signature: First Street Manager II, LLC

BY:_____
Name: Corey S. Ribotsky, Manager
Address: <u>1044 Northern Blvd. Suite 302, Roslyn, New York 11576</u>

The Borrower shall issue and deliver shares of Common Stock to an overnight courier not later than three business days following receipt of the original Note(s) to be converted, and shall make payments pursuant to the Notes for the number of business days such issuance and delivery is late.

*Control and Restricted Securities Checklist*

*A. Information Concerning Seller*

1. Name: New Millennium Capital Partners II, LLC
2. Address: 1044 Northern Blvd # 302 Roslyn NY 11576
3. Employer: _____
4. Position: _____
5. Social Security Number: 11-3488491
6. Relationship to Issuing Company: Investor
7. The Firm (is)(is not) authorized by Seller to contact the Issuer, its counsel and transfer agent concerning this sale.

*B. Information Concerning Securities to be Sold*

1. Issuer: Cyberlux Corp
2. Title of Securities: _____
3. Total number of shares owned by Seller: _____
4. Number of shares to be sold: 100,890
5. Proposed date of sale: 8/17/07
6. How Securities were acquired?
   a. Date acquired: 11/24/04
   b. Nature of acquisition transaction: Private Placement
   c. From whom acquired: Issuer / Company
   d. Amount of Securities acquired: _____
   e. Date of Payment: 11/24/04
   f. Nature of payment: Wire
7. If the Securities were acquired as a gift, pledge or from a trust or estate, how and when did the prior owner acquire the Securities?: N/A

8. Describe any short positions or put options to sell any of the Securities (or any securities convertible into such Securities or securities into which the Securities are convertible) since their acquisition: N/A

9. Are the Securities covered by a current registration statement? _____

10. Has customer prepared SEC Form 144 in contemplation of proposed sale?: N/A

If so, please attach copy. Date mailed to SEC _____

*Control and Restricted Securities Checklist (Continued)*

C. *Certificates:* TO be issued

1. *If a legend appears on the certificates, copy the language or attach a copy of both sides of the certificate.*

   _____
   _____
   _____

2. *Certificate numbers, dates and amounts (or attach copies):*

   _____

3. *Exact name in which certificates are registered:*

   _____

4. *Name, Address and Phone Number of Transfer Agent:*

   _____
   _____

5. *Location of Certificates:* _____
6. *Describe any special arrangements necessary to make delivery of certificates:*

   _____

D. *Information Regarding Company and Trading of Securities*

1. *Trading market for securities (Principal Exchange or OTC):* ___ OTC. BB ___
2. *Shares currently outstanding (as set forth in Issuer's most recent SEC filing or other public notice):* ___ 473,186,910 ___
3. *Volume during each of the past four calendar weeks: (if available):*

   _____
   _____
   _____
   _____

4. *If an SEC reporting company, has Issuer filed a 10-K (annual) or 10-Q (quarterly) report with the SEC during the preceding 90 days?:* _____
5. *If not a reporting company has the Issuer made current information and financials publicly available?:* _____ *Please cite public sources:* _____

*Control and Restricted Securities Checklist (Continued)*

E.  *Securities Sold During the Three Months Preceding this Sale.*

*List all sales of securities of this Issuer in the three months preceding this sale by the following:*

1.  *Seller*
2.  *Relatives of the Seller (including spouse and in-laws living in same home*
3.  *Trust an d Estates in which Seller or any such relatives collectively own 10% or more of the total beneficial interest or serve as trustee, executor or in any similar capacity*
4.  *Corporations and organizations in which the Seller and such relatives collectively own beneficially 10% or more of any class of equity securities or 10% or more of the equity interest*
5.  *Sales by pledge (if Seller is pledgor) or pledgor (if Seller is pledgee) if default occurred within preceding two years*
6.  *Sales by donor (if Seller is donee or trust) or sales by donee or trust (if Seller was donor) if gift occurred within the preceding two years*
7.  *Any sales by decedent within preceding three months if Seller is decedent's estate or beneficiary of such estate*
8.  *Any person acting in concert with the Seller*
9.  *Sales by any of the above securities convertible into securities to be sold (measured by amount of securities into which they are convertible)*
10.  *Sales by any of the above securities into which the securities to be sold are convertible (Give number of shares sold, when and by whom for any of above)*

_____

_____

_____

_____

_____

_____

_____

_____

*Rule 144(k) Seller's Representation Letter*

Date: 8/10/07

Re: SEC Rule 144(k), Sale of _Cybrdix Corp  176,896_ Shares of the Common Stock (the "Shares") of _____ (the "Company")

To Whom It May Concern:

In connection with the sale referenced above, the undersigned represents that:

1. The undersigned is not now nor has the undersigned been within the preceding three months an affiliate of the Company.
2. The undersigned has beneficially owned the Shares for at least two years excluding any period during which the undersigned has a short position in, or an option to dispose of, any securities of the Company.
3. The sale of the Shares complies in all respects with the undersigned's requirements under Rule 144(k)

The undersigned agrees to notify you immediately if any of the representations provided becomes inaccurate before this sale is completed. The undersigned further agrees that the proceeds of this sale may not be paid until transfer of the Shares free of any transfer restrictions has been completed.

New Millennium Capital Partners II LLC
*Name of Seller*

*Signature of Seller*

Corey S. Ribotsky
*Title of Signatory (if applicable)*
Manager



Irrevocable Stock Power Form

For Value Received, the undersigned do hereby sell, assign and transfer unto

_____    _____ shares of the Capital

Stock of _____ standing in the name of

the undersigned on the books of said Company, represented by Certificates No.

_____ herewith, and hereby irrevocably constitute and appoint Penson

Financial Services, Inc. attorney to transfer the said stock on the books of the within named

Company with full power of substitution in the premises.

_____    _____
Account Holder's Signature                         Date

_____    _____
Joint Account Holder's Signature                   Date

## NOTICE OF CONVERSION
### (To be Executed by the Registered Holder
### in order to Convert the Notes)

The undersigned hereby irrevocably elects to convert $6,974.71 principal amount of the Note (defined below) into shares of common stock, par value $.001 per share ("**Common Stock**"), of Cyberlux Corporation, a Nevada corporation (the "**Borrower**") according to the conditions of the convertible Notes of the Borrower dated as of November 24, 2004 (the "Notes"), as of the date written below. If securities are to be issued in the name of a person other than the undersigned, the undersigned will pay all transfer taxes payable with respect thereto and is delivering herewith such certificates. No fee will be charged to the Holder for any conversion, except for transfer taxes, if any. A copy of each Note is attached hereto (or evidence of loss, theft or destruction thereof).

The Borrower shall electronically transmit the Common Stock issuable pursuant to this Notice of Conversion to the account of the undersigned or its nominee with DTC through its Deposit Withdrawal Agent Commission system ("**DWAC Transfer**").

Name of DTC Prime Broker: PENSON FINANCIAL SERVICES, INC, DTC # 0234
Account Number:_____

In lieu of receiving shares of Common Stock issuable pursuant to this Notice of Conversion by way of a DWAC Transfer, the undersigned hereby requests that the Borrower issue a certificate or certificates for the number of shares of Common Stock set forth below (which numbers are based on the Holder's calculation attached hereto) in the name(s) specified immediately below or, if additional space is necessary, on an attachment hereto:

Name: Penson Financial Services FBO: AJW Offshore, LTD
Address:1044 Northern Blvd. Suite 302, Roslyn, New York 11576

The undersigned represents and warrants that all offers and sales by the undersigned of the securities issuable to the undersigned upon conversion of the Notes shall be made pursuant to registration of the securities under the Securities Act of 1933, as amended (the "**Act**"), or pursuant to an exemption from registration under the Act.

Date of Conversion:  August 10, 2007
Applicable Conversion Price: $ .0008
Number of Shares of Common Stock to be Issued Pursuant to
Conversion of the Notes: 8,718,389 Shares
Signature: FIRST STREET MANAGER II, LLC

BY: _____
Name: Corey S. Ribotsky, Manager
Address: 1044 Northern Blvd. Suite 302, Roslyn, New York 11576

The Borrower shall issue and deliver shares of Common Stock to an overnight courier not later than three business days following receipt of the original Note(s) to be converted, and shall make payments pursuant to the Notes for the number of business days such issuance and delivery is late.

*Control and Restricted Securities Checklist*

*A. Information Concerning Seller*

1. Name: AZW Offshore, Ltd
2. Address: 1044 Northern Blvd #302 Roslyn NY 11576
3. Employer: _____
4. Position: _____
5. Social Security Number: _____
6. Relationship to Issuing Company: Investor
7. The Firm (is)(is not) authorized by Seller to contact the Issuer, its counsel and transfer agent concerning this sale.

*B. Information Concerning Securities to be Sold*

1. Issuer: Cyberlux Corp
2. Title of Securities: _____
3. Total number of shares owned by Seller: _____
4. Number of shares to be sold: 710,309
5. Proposed date of sale: 8/17/04
6. How Securities were acquired?
   a. Date acquired: 11/24/04
   b. Nature of acquisition transaction: _____
   c. From whom acquired: Private Placement
   d. Amount of Securities acquired: Issuer/Company
   e. Date of Payment: 11/24/04
   f. Nature of payment: Wire
7. If the Securities were acquired as a gift, pledge or from a trust or estate, how and when did the prior owner acquire the Securities?: N/A

8. Describe any short positions or put options to sell any of the Securities (or any securities convertible into such Securities or securities into which the Securities are convertible) since their acquisition: _____

9. Are the Securities covered by a current registration statement?: N/A

10. Has customer prepared SEC Form 144 in contemplation of proposed sale?: N/A

If so, please attach copy. Date mailed to SEC: N/A

*Control and Restricted Securities Checklist (Continued)*

C. *Certificates:* **TO be issued**

    1. *If a legend appears on the certificates, copy the language or attach a copy of both sides of the certificate.*

    _____

    _____

    2. *Certificate numbers, dates and amounts (or attach copies):*

    _____

    3. *Exact name in which certificates are registered:*

    _____

    4. *Name, Address and Phone Number of Transfer Agent:*

    _____

    5. *Location of Certificates:* _____

    6. *Describe any special arrangements necessary to make delivery of certificates:*

    _____

D. *Information Regarding Company and Trading of Securities*

    1. *Trading market for securities (Principal Exchange or OTC):* ___ **OTC : BB**

    2. *Shares currently outstanding (as set forth in Issuer's most recent SEC filing or other public notice):* ___ **473,186,910**

    3. *Volume during each of the past four calendar weeks: (if available):*

    _____

    _____

    _____

    4. *If an SEC reporting company, has Issuer filed a 10-K (annual) or 10-Q (quarterly) report with the SEC during the preceding 90 days?:* _____

    5. *If not a reporting company has the Issuer made current information and financials publicly available?:* _____ *Please cite public sources:* _____

*Control and Restricted Securities Checklist (Continued)*

E.   *Securities Sold During the Three Months Preceding this Sale.*

*List all sales of securities of this Issuer in the three months preceding this sale by the following:*

1.  *Seller*
2.  *Relatives of the Seller (including spouse and in-laws living in same home*
3.  *Trust and Estates in which Seller or any such relatives collectively own 10% or more of the total beneficial interest or serve as trustee, executor or in any similar capacity*
4.  *Corporations and organizations in which the Seller and such relatives collectively own beneficially 10% or more of any class of equity securities or 10% or more of the equity interest*
5.  *Sales by pledge (if Seller is pledgor) or pledgor (if Seller is pledgee) if default occurred within preceding two years*
6.  *Sales by donor (if Seller is donee or trust) or sales by donee or trust (if Seller was donor) if gift occurred within the preceding two years*
7.  *Any sales by decedent within preceding three months if Seller is decedent's estate or beneficiary of such estate*
8.  *Any person acting in concert with the Seller*
9.  *Sales by any of the above securities convertible into securities to be sold (measured by amount of securities into which they are convertible)*
10. *Sales by any of the above securities into which the securities to be sold are convertible (Give number of shares sold, when and by whom for any of above)*

_____

_____

_____

_____

_____

_____

_____

_____

# Rule 144(k) Seller's Representation Letter

Date: 8/10/07

Re: SEC Rule 144(k) Sale of 8,718,389 _____ Shares of the Common Stock (the "Shares") of
Cyberlux Corp. (the "Company")

To Whom It May Concern:

In connection with the sale referenced above, the undersigned represents that:

1. The undersigned is not now nor has the undersigned been within the preceding three months an affiliate of the Company.
2. The undersigned has beneficially owned the Shares for at least two years excluding any period during which the undersigned has a short position in, or an option to dispose of, any securities of the Company.
3. The sale of the Shares complies in all respects with the undersigned's requirements under Rule 144(k)

The undersigned agrees to notify you immediately if any of the representations provided become inaccurate before this sale is completed. The undersigned further agrees that the proceeds of this sale may not be paid until transfer of the Shares free of any transfer restrictions has been completed.

AJW Offshore, Ltd
Name of Seller

Signature of Seller

Corey S. Ribotsky
Title of Signatory (if applicable)

President



------ - - - - - -  - - Irrevocable Stock Power Form - - - - - - - - - - -

For Value Received, the undersigned do hereby sell, assign and transfer unto

_____ _____ shares of the Capital

Stock of _____ standing in the name of

the undersigned on the books of said Company, represented by Certificates No.

_____ herewith, and hereby irrevocably constitute and appoint Penson

Financial Services, Inc. attorney to transfer the said stock on the books of the within named

Company with full power of substitution in the premises.

_____        8/10/07
Account Holder's Signature                Date


_____        _____
Joint Account Holder's Signature          Date

## NOTICE OF CONVERSION
(To be Executed by the Registered Holder
in order to Convert the Notes)

The undersigned hereby irrevocably elects to convert $8,294.25 principal amount of the Note (defined below) into shares of common stock, par value $.001 per share ("**Common Stock**"), of Cyberlux Corporation, a Nevada corporation (the "**Borrower**") according to the conditions of the convertible Notes of the Borrower dated as of November 24, 2004 (the "Notes"), as of the date written below.  If securities are to be issued in the name of a person other than the undersigned, the undersigned will pay all transfer taxes payable with respect thereto and is delivering herewith such certificates.  No fee will be charged to the Holder for any conversion, except for transfer taxes, if any.  A copy of each Note is attached hereto (or evidence of loss, theft or destruction thereof).

The Borrower shall electronically transmit the Common Stock issuable pursuant to this Notice of Conversion to the account of the undersigned or its nominee with DTC through its Deposit Withdrawal Agent Commission system ("**DWAC Transfer**").

Name of DTC Prime Broker: PENSON FINANCIAL SERVICES, INC, DTC # 0234
Account Number:_____

In lieu of receiving shares of Common Stock issuable pursuant to this Notice of Conversion by way of a DWAC Transfer, the undersigned hereby requests that the Borrower issue a certificate or certificates for the number of shares of Common Stock set forth below (which numbers are based on the Holder's calculation attached hereto) in the name(s) specified immediately below or, if additional space is necessary, on an attachment hereto:

Name:  Penson Financial Services FBO: AJW Qualified Partners, LLC
Address: 1044 Northern Blvd. Suite 302, Roslyn, New York 11576

The undersigned represents and warrants that all offers and sales by the undersigned of the securities issuable to the undersigned upon conversion of the Notes shall be made pursuant to registration of the securities under the Securities Act of 1933, as amended (the "**Act**"), or pursuant to an exemption from registration under the Act.

Date of Conversion: August 10, 2007
Applicable Conversion Price: $ .0008
Number of Shares of Common Stock to be Issued Pursuant to
Conversion of the Notes: 10,367,814 Shares
Signature: AJW MANAGER, LLC


BY: _____
Name: Corey S. Ribotsky, Manager
Address: 1044 Northern Blvd. Suite 302, Roslyn, New York 11576

The Borrower shall issue and deliver shares of Common Stock to an overnight courier not later than three business days following receipt of the original Note(s) to be converted, and shall make payments pursuant to the Notes for the number of business days such issuance and delivery is late.

*Control and Restricted Securities Checklist*

*A. Information Concerning Seller*

1. Name: ATW Qualified Partners, LLC
2. Address: 1044 Northern Blvd #302 Roslyn, NY 11576
3. Employer: _____
4. Position: _____
5. Social Security Number: 11-3657066
6. Relationship to Issuing Company: Investor
7. The Firm (is)(is not) authorized by Seller to contact the Issuer, its counsel and transfer agent concerning this sale.

*B. Information Concerning Securities to be Sold*

1. Issuer: Cyberlux Corp
2. Title of Securities: _____
3. Total number of shares owned by Seller: _____
4. Number of shares to be sold: 10,361,814
5. Proposed date of sale: 8/7/8
6. How Securities were acquired?
   a. Date acquired: 11/24/04
   b. Nature of acquisition transaction: Private Placement Issuer (Company)
   c. From whom acquired: _____
   d. Amount of Securities acquired: _____
   e. Date of Payment: 11/24/04
   f. Nature of payment: Wire
7. If the Securities were acquired as a gift, pledge or from a trust or estate, how and when did the prior owner acquire the Securities?: N/A

8. Describe any short positions or put options to sell any of the Securities (or any securities convertible into such Securities or securities, into which the Securities are convertible) since their acquisition: N/A

9. Are the Securities covered by a current registration statement? _____

10. Has customer prepared SEC Form 144 in contemplation of proposed sale?: N/A

If so, please attach copy. Date mailed to SEC _____

*Control and Restricted Securities Checklist (Continued)*

C. *Certificates:* ⁢ To be issued

1. *If a legend appears on the certificates, copy the language or attach a copy of both sides of the certificate.*

   _____
   _____
   _____

2. *Certificate numbers, dates and amounts (or attach copies):*
   _____

3. *Exact name in which certificates are registered:*
   _____

4. *Name, Address and Phone Number of Transfer Agent:*
   _____
   _____

5. *Location of Certificates:* _____
6. *Describe any special arrangements necessary to make delivery of certificates:*
   _____

D. *Information Regarding Company and Trading of Securities*

1. *Trading market for securities (Principal Exchange or OTC):* ___ OTC. BB
2. *Shares currently outstanding (as set forth in Issuer's most recent SEC filing or other public notice):* ___ 473,180,910
3. *Volume during each of the past four calendar weeks: (if available):*
   _____
   _____
   _____

4. *If an SEC reporting company, has Issuer filed a 10-K (annual) or 10-Q (quarterly) report with the SEC during the preceding 90 days?:* _____
5. *If not a reporting company has the Issuer made current information and financials publicly available?:* _____ *Please cite public sources:* _____

*Control and Restricted Securities Checklist (Continued)*

E.  *Securities Sold During the Three Months Preceding this Sale*

*List all sales of securities of this Issuer in the three months preceding this sale by the following:*

1.  *Seller*
2.  *Relatives of the Seller (including spouse and in-laws living in same home*
3.  *Trust an d Estates in which Seller or any such relatives collectively own 10% or more of the total beneficial interest or serve as trustee, executor or in any similar capacity*
4.  *Corporations and organizations in which the Seller and such relatives collectively own beneficially 10% or more of any class of equity securities or 10% or more of the equity interest*
5.  *Sales by pledge (if Seller is pledgor) or pledgor (if Seller is pledgee) if default occurred within preceding two years*
6.  *Sales by donor (if Seller is donee or trust) or sales by donee or trust (if Seller was donor) if gift occurred within the preceding two years*
7.  *Any sales by decedent within preceding three months if Seller is decedent's estate or beneficiary of such estate*
8.  *Any person acting in concert with the Seller*
9.  *Sales by any of the above securities convertible into securities to be sold (measured by amount of securities into which they are convertible)*
10. *Sales by any of the above securities into which the securities to be sold are convertible (Give number of shares sold, when and by whom for any of above)*

*Rule 144(k) Seller's Representation Letter*

Date: 8/10/07

Re: SEC Rule 144(k) Sale of ___CyberLux Corp 10,367,814___ Shares of the Common Stock (the "Shares") of
(the "Company")

To Whom It May Concern:

In connection with the sale referenced above, the undersigned represents that:

1. The undersigned is not now nor has the undersigned been within the preceding three months an affiliate of the Company.

2. The undersigned has beneficially owned the Shares for at least two years excluding any period during which the undersigned has a short position in, or an option to dispose of, any securities of the Company.

3. The sale of the Shares complies in all respects with the undersigned's requirements under Rule 144(k)

The undersigned agrees to notify you immediately if any of the representations provided becomes inaccurate before this sale is completed. The undersigned further agrees that the proceeds of this sale may not be paid until transfer of the Shares free of any transfer restrictions has been completed.

A.W. Qualified Partners, LLC
Name of Seller

Signature of Seller

Corey S. Ribotsky
Title of Signatory (if applicable)

Manager

- - - - - - Irrevocable Stock Power Form - - - - - - - -

For Value Received, the undersigned do hereby sell, assign and transfer unto

_____    _____ shares of the Capital

Stock of _____

_____ standing in the name of

the undersigned on the books of said Company, represented by Certificates No.

_____ herewith, and hereby irrevocably constitute and appoint Penson

Financial Services, Inc. attorney to transfer the said stock on the books of the within named

Company with full power of substitution in the premises.

_____        8/10/07
Account Holder's Signature              _____
                                        Date

_____        _____
Joint Account Holder's Signature        Date