# EXHIBIT C

## NOTICE OF CONVERSION
(To be Executed by the Registered Holder
in order to Convert the Notes)

The undersigned hereby irrevocably elects to convert $1,500.00 principal amount of the Note (defined below) into shares of common stock, par value $.001 per share ("**Common Stock**"), of Cyberlux Corporation, a Nevada corporation (the "**Borrower**") according to the conditions of the convertible Notes of the Borrower dated as of April 22, 2005 (the "Notes"), as of the date written below.  If securities are to be issued in the name of a person other than the undersigned, the undersigned will pay all transfer taxes payable with respect thereto and is delivering herewith such certificates.  No fee will be charged to the Holder for any conversion, except for transfer taxes, if any.  A copy of each Note is attached hereto (or evidence of loss, theft or destruction thereof).

The Borrower shall electronically transmit the Common Stock issuable pursuant to this Notice of Conversion to the account of the undersigned or its nominee with DTC through its Deposit Withdrawal Agent Commission system ("**DWAC Transfer**").

Name of DTC Prime Broker: PENSON FINANCIAL SERVICES, INC, DTC # 0234
Account Number:_____

In lieu of receiving shares of Common Stock issuable pursuant to this Notice of Conversion by way of a DWAC Transfer, the undersigned hereby requests that the Borrower issue a certificate or certificates for the number of shares of Common Stock set forth below (which numbers are based on the Holder's calculation attached hereto) in the name(s) specified immediately below or, if additional space is necessary, on an attachment hereto:

Name: Penson Financial Services FBO: AJW Partners, LLC
Address:1044 Northern Blvd. Suite 302, Roslyn, New York 11576

The undersigned represents and warrants that all offers and sales by the undersigned of the securities issuable to the undersigned upon conversion of the Notes shall be made pursuant to registration of the securities under the Securities Act of 1933, as amended (the "**Act**"), or pursuant to an exemption from registration under the Act.

Date of Conversion: February 7, 2008
Applicable Conversion Price: $ .005
Number of Shares of Common Stock to be Issued Pursuant to
Conversion of the Notes: 300,000 Shares
Signature: SMS GROUP, LLC

BY:_____
Name: Corey S. Ribotsky, Manager
Address: 1044 Northern Blvd. Suite 302, Roslyn, New York 11576

The Borrower shall issue and deliver shares of Common Stock to an overnight courier not later than three business days following receipt of the original Note(s) to be converted, and shall make payments pursuant to the Notes for the number of business days such issuance and delivery is late.

## NOTICE OF CONVERSION
### (To be Executed by the Registered Holder
### in order to Convert the Notes)

The undersigned hereby irrevocably elects to convert $300.00 principal amount of the Note (defined below) into shares of common stock, par value $.001 per share ("**Common Stock**"), of Cyberlux Corporation., a Nevada corporation (the "**Borrower**") according to the conditions of the convertible Notes of the Borrower dated as of April 22, 2005 (the "Notes"), as of the date written below. If securities are to be issued in the name of a person other than the undersigned, the undersigned will pay all transfer taxes payable with respect thereto and is delivering herewith such certificates. No fee will be charged to the Holder for any conversion, except for transfer taxes, if any. A copy of each Note is attached hereto (or evidence of loss, theft or destruction thereof).

The Borrower shall electronically transmit the Common Stock issuable pursuant to this Notice of Conversion to the account of the undersigned or its nominee with DTC through its Deposit Withdrawal Agent Commission system ("**DWAC Transfer**").

Name of DTC Prime Broker: PENSON FINANCIAL SERVICES, INC, DTC # 0234
Account Number:_____

In lieu of receiving shares of Common Stock issuable pursuant to this Notice of Conversion by way of a DWAC Transfer, the undersigned hereby requests that the Borrower issue a certificate or certificates for the number of shares of Common Stock set forth below (which numbers are based on the Holder's calculation attached hereto) in the name(s) specified immediately below or, if additional space is necessary, on an attachment hereto.

Name:  Penson Financial Services FBO: New Millennium Capital Partners II, LLC
Address: 1044 Northern Blvd. Suite 302, Roslyn, New York 11576

The undersigned represents and warrants that all offers and sales by the undersigned of the securities issuable to the undersigned upon conversion of the Notes shall be made pursuant to registration of the securities under the Securities Act of 1933, as amended (the "**Act**"), or pursuant to an exemption from registration under the Act.

Date of Conversion: February 7, 2008
Applicable Conversion Price: $ .005
Number of Shares of Common Stock to be Issued Pursuant to
Conversion of the Notes: 60,000 Shares
Signature: First Street Manager II, LLC


BY:_____
Name: Corey S. Ribotsky, Manager
Address: 1044 Northern Blvd. Suite 302, Roslyn, New York 11576

The Borrower shall issue and deliver shares of Common Stock to an overnight courier not later than three business days following receipt of the original Note(s) to be converted, and shall make payments pursuant to the Notes for the number of business days such issuance and delivery is late.

## NOTICE OF CONVERSION
(To be Executed by the Registered Holder
in order to Convert the Notes)

The undersigned hereby irrevocably elects to convert $7,800.00 principal amount of the Note (defined below) into shares of common stock, par value $.001 per share ("**Common Stock**"), of Cyberlux Corporation, a Nevada corporation (the "**Borrower**") according to the conditions of the convertible Notes of the Borrower dated as of April 22, 2005 (the "Notes"), as of the date written below. If securities are to be issued in the name of a person other than the undersigned, the undersigned will pay all transfer taxes payable with respect thereto and is delivering herewith such certificates. No fee will be charged to the Holder for any conversion, except for transfer taxes, if any. A copy of each Note is attached hereto (or evidence of loss, theft or destruction thereof).

The Borrower shall electronically transmit the Common Stock issuable pursuant to this Notice of Conversion to the account of the undersigned or its nominee with DTC through its Deposit Withdrawal Agent Commission system ("**DWAC Transfer**").

Name of DTC Prime Broker: PENSON FINANCIAL SERVICES, INC. DTC # 0234
Account Number:_____

In lieu of receiving shares of Common Stock issuable pursuant to this Notice of Conversion by way of a DWAC Transfer, the undersigned hereby requests that the Borrower issue a certificate or certificates for the number of shares of Common Stock set forth below (which numbers are based on the Holder's calculation attached hereto) in the name(s) specified immediately below or, if additional space is necessary, on an attachment hereto:

Name: Penson Financial Services FBO: AJW Offshore, LTD
Address:1044 Northern Blvd. Suite 302, Roslyn, New York 11576

The undersigned represents and warrants that all offers and sales by the undersigned of the securities issuable to the undersigned upon conversion of the Notes shall be made pursuant to registration of the securities under the Securities Act of 1933, as amended (the "Act"), or pursuant to an exemption from registration under the Act.

Date of Conversion: February 7, 2008
Applicable Conversion Price: $ .005
Number of Shares of Common Stock to be Issued Pursuant to
Conversion of the Notes: 1,560,000 Shares
Signature: FIRST STREET MANAGER II, LLC

BY:_____
Name: Corey S. Ribotsky, Manager
Address: 1044 Northern Blvd. Suite 302, Roslyn, New York 11576

The Borrower shall issue and deliver shares of Common Stock to an overnight courier not later than three business days following receipt of the original Note(s) to be converted, and shall make payments pursuant to the Notes for the number of business days such issuance and delivery is late.

## NOTICE OF CONVERSION
(To be Executed by the Registered Holder
in order to Convert the Notes)

The undersigned hereby irrevocably elects to convert $5,400.00 principal amount of the Note (defined below) into shares of common stock, par value $.001 per share ("**Common Stock**"), of Cyberlux Corporation, a Nevada corporation (the "**Borrower**") according to the conditions of the convertible Notes of the Borrower dated as of April 22, 2005 (the "Notes"), as of the date written below. If securities are to be issued in the name of a person other than the undersigned, the undersigned will pay all transfer taxes payable with respect thereto and is delivering herewith such certificates. No fee will be charged to the Holder for any conversion, except for transfer taxes, if any. A copy of each Note is attached hereto (or evidence of loss, theft or destruction thereof).

The Borrower shall electronically transmit the Common Stock issuable pursuant to this Notice of Conversion to the account of the undersigned or its nominee with DTC through its Deposit Withdrawal Agent Commission system ("**DWAC Transfer**").

Name of DTC Prime Broker: <u>PENSON FINANCIAL SERVICES, INC, DTC # 0234</u>
Account Number:_____

In lieu of receiving shares of Common Stock issuable pursuant to this Notice of Conversion by way of a DWAC Transfer, the undersigned hereby requests that the Borrower issue a certificate or certificates for the number of shares of Common Stock set forth below (which numbers are based on the Holder's calculation attached hereto) in the name(s) specified immediately below or, if additional space is necessary, on an attachment hereto:

Name:  <u>Penson Financial Services FBO: AJW Qualified Partners, LLC</u>
Address:<u>1044 Northern Blvd. Suite 302, Roslyn, New York 11576</u>

The undersigned represents and warrants that all offers and sales by the undersigned of the securities issuable to the undersigned upon conversion of the Notes shall be made pursuant to registration of the securities under the Securities Act of 1933, as amended (the "**Act**"), or pursuant to an exemption from registration under the Act.

Date of Conversion: <u>February 7, 2008</u>
Applicable Conversion Price: $ <u>.005</u>
Number of Shares of Common Stock to be Issued Pursuant to
Conversion of the Notes: <u>1,080,000 Shares</u>
Signature: AJW MANAGER, LLC


BY: _____
Name: Corey S. Ribotsky, Manager
Address: 1044 Northern Blvd. Suite 302, Roslyn, New York 11576

The Borrower shall issue and deliver shares of Common Stock to an overnight courier not later than three business days following receipt of the original Note(s) to be converted, and shall make payments pursuant to the Notes for the number of business days such issuance and delivery is late.

## Control and Restricted Securities Checklist

A. Information Concerning Seller

1. Name: _____ AJW Partners LLC _____
2. Address: _____ 1044 Northern Blvd. Suite 302, Roslyn, NY 11576 _____
3. Employer: _____
4. Position: _____
5. Social Security Number: _____ Tax ID # 11-3466781 _____
6. Relationship to Issuing Company: _____ Investor _____
7. The firm (is) (is not) authorized by Seller to contact the Issuer, its counsel and transfer agent concerning this sale.

B. Information Concerning Securities to be Sold

1. Issuer: _____ Cyberlux Corp. _____
2. Title of Securities: _____
3. Total number of shares owned by Seller: _____
4. Number of shares to be sold: _____ 300,000 _____
5. Proposed date of sale: _____ 2/14/08 _____
6. How Securities were acquired?
   a. Date acquired: _____ 9/23/04 _____
   b. Nature of acquisition transaction: _____ Private Placement _____
   c. From whom acquired: _____ Issuer / Company _____
   d. Amount of Securities acquired: _____
   e. Date of payment: _____ 9/23/04 _____
   f. Nature of payment: _____ Wire _____
7. If the Securities were acquired as a gift, pledge or from a trust or estate, how and when did the prior owner acquire the Securities? _____ N/A _____

8. Describe any short positions or put options to sell any of the Securities (or any securities convertible into such Securities or securities into which the Securities are convertible) since their acquisition: _____ N/A _____

9. Are the Securities covered by a current registration statement?: _____

10. Has customer prepared SEC Form 144 in contemplation of proposed sale?: _____ N/A _____

If so, please attach copy. Date mailed to SEC: _____

*Control and Restricted Securities Checklist (Continued)*

C. *Certificates:*      *\*\*\*\*\*\*\*\**TO BE ISSUED***\*\*\*\*\*\*\***

1. *If a legend appears on the certificates, copy the language or attach a copy of both sides of the certificate.*
_____
_____
_____

2. *Certificate numbers, dates and amounts (or attach copies):*
_____

3. *Exact name in which certificates are registered:*
_____

4. *Name, Address and Phone Number of Transfer Agent:*
_____
_____

5. *Location of Certificates:* _____

6. *Describe any special arrangements necessary to make delivery of certificates:*
_____

D. *Information Regarding Company and Trading of Securities*

1. *Trading market for securities (Principal Exchange or OTC):* _____ OTC: BB _____

2. *Shares currently outstanding (as set forth in Issuer's most recent SEC filing or other public notice):*
_____ 552,442,883 _____

3. *Volume during each of the past four calendar weeks: (if available):*
_____    _____
_____

4. *If an SEC reporting company, has Issuer filed a 10-K (annual) or 10-Q (quarterly) report with the SEC during the preceding 90 days?:* _____

5. *If not a reporting company has the Issuer made current information and financials publicly available?:* _____ *Please cite public sources:* _____

*Control and Restricted Securities Checklist (Continued)*

E.  Securities Sold During the Three Months Preceding this Sale

List all sales of securities of this Issuer in the three months preceding this sale by the following:

1.  Seller
2.  Relatives of the Seller (including spouse and in-laws living in the same home)
3.  Trust and Estates in which Seller or any such relatives collectively own 10% or more of the total beneficial interest or serve as trustee, executor or in any similar capacity
4.  Corporations and organizations in which the Seller and such relatives collectively own beneficially 10% or more of any class of equity securities or 10% or more of the equity interest
5.  Sales by pledge (if Seller is pledgor) or pledgee (if Seller is pledgee) if defaults occurred within preceding two years
6.  Sales by donor (if Seller is donee or trust) or sales by donee or trust (if Seller was donor) if gift occurred within the preceding two years
7.  Any sales by decedent within preceding three months if Seller is decedent's estate or beneficiary of such estate
8.  Any person acting in concert with the Seller
9.  Sales by any of the above securities convertible into securities to be sold (measured by amount of securities into which they are convertible)
10. Sales by any of the above securities into which the securities to be sold are convertible (Give number of shares sold, when and by whom for any of the above)

_____
_____
_____
_____
_____
_____
_____
_____
_____



**PENSON**

# Irrevocable Stock Power Form

For Value Received, the undersigned do hereby sell, assign and transfer unto

_____, _____ shares of the Capital Stock of

_____ standing in the name of the undersigned

on the books of said Company, represented by Certificates No. _____ herewith,

and hereby irrevocably constitute and appoint Penson

Financial Services, Inc. attorney to transfer the said stock on the books of the within named

Company with full power of substitution in the premises.

_____

Account Number

_____

Process ID Number (Broker use only)

_____

Account Holder's Signature      2|7|08

                                             Date

_____

Account Holder's Name Printed   *Manager*

_____

Joint Account Holder's Signature      Date

_____

Joint Account Holder's Name Printed

*AJW Partners, LLC*

*Rule 144 (k) seller's Representation Letter*

Date: _2/7/08_

Re: SEC Rule 144(k) Sale of _____300,000_____ shares of the Common Stock (the "Shares") of _____
_____Cyberlux Corp._____ (the "Company")

To Whom It May Concern:

In connection with the sale referenced above, the undersigned represents that:

1.  The undersigned is not now nor has the undersigned been within the preceding three months an affiliate of the Company.
2.  The undersigned has beneficially owned the Shares for at least two years excluding any period during which the undersigned has a short position in, or an option to dispose of, any securities of the Company.
3.  The sale of the Shares complies in all respects with the undersigned's requirements under Rule 144(k)

The undersigned agrees to notify you immediately if any of the representations provided becomes inaccurate before this sale is completed. The undersigned further agrees that the proceeds of this sale may not be paid until transfer of the Shares free of any transfer restrictions has been completed.

AJW Partners, LLC
_____
Name of Seller

_____
Signature of Seller

Corey S. Ribotsky, Manager
_____
Title of Signatory (if applicable)

## Control and Restricted Securities Checklist

A. Information Concerning Seller

1. Name: _____ New Millennium Capital Partners II, LLC _____
2. Address: _____ 1044 Northern Blvd. Suite 302, Roslyn, NY 11576 _____
3. Employer: _____
4. Position: _____
5. Social Security Number: ___ Tax ID # 11-3488491 _____
6. Relationship to Issuing Company: _____ Investor _____
7. The firm (is) (is not) authorized by Seller to contact the Issuer, its counsel and transfer agent concerning this sale.

B. Information Concerning Securities to be Sold

1. Issuer: _____ Cyberlux Corp _____
2. Title of Securities: _____
3. Total number of shares owned by Seller: _____
4. Number of shares to be sold: ___ 60,000 _____
5. Proposed date of sale: ___ 2/14/08 _____
6. How Securities were acquired?
   a. Date acquired: _____ 9/23/04 _____
   b. Nature of acquisition transaction: _____ Private Placement _____

   c. From whom acquired: _____ Issuer / Company _____
   d. Amount of Securities acquired: _____
   e. Date of payment: _____ 9/23/04 _____
   f. Nature of payment: _____ Wire _____
7. If the Securities were acquired as a gift, pledge or from a trust or estate, how and when did the prior owner acquire the Securities?
   _____ N/A _____

8. Describe any short positions or put options to sell any of the Securities (or any securities convertible into such Securities or securities into which the Securities are convertible) since their acquisition: _____ N/A _____

9. Are the Securities covered by a current registration statement?: _____

10. Has customer prepared SEC Form 144 in contemplation of proposed sale?:
   _____ N/A _____

    If so, please attach copy. Date mailed to SEC: _____

*Control and Restricted Securities Checklist (Continued)*

C. *Certificates:*    \*\*\*\*\*\*\***TO BE ISSUED**\*\*\*\*\*\*\*

1.  *If a legend appears on the certificates, copy the language or attach a copy of both sides of the certificate.*

    _____
    _____
    _____

2.  *Certificate numbers, dates and amounts (or attach copies):*

    _____

3.  *Exact name in which certificates are registered:*

    _____
    _____

4.  *Name, Address and Phone Number of Transfer Agent:*

    _____
    _____

5.  *Location of Certificates:* _____

6.  *Describe any special arrangements necessary to make delivery of certificates:*

    _____

D. *Information Regarding Company and Trading of Securities*

1.  *Trading market for securities (Principal Exchange or OTC):* ___ OTC: BB _____

2.  *Shares currently outstanding (as set forth in Issuer's most recent SEC filing or other public notice):*
    _____ 552,442,883 _____
    _____

3.  *Volume during each of the past four calendar weeks: (if available):*

    _____
    _____
    _____

4.  *If an SEC reporting company, has Issuer filed a 10-K (annual) or 10-Q (quarterly) report with the SEC during the preceding 90 days?:* _____

5.  *If not a reporting company has the Issuer made current information and financials publicly available?:* _____ *Please cite public sources:* _____

*Control and Restricted Securities Checklist (Continued)*

E.  Securities Sold During the Three Months Preceding this Sale

List all sales of securities of this Issuer in the three months preceding this sale by the following:

1.  Seller
2.  Relatives of the Seller (including spouse and in-laws living in the same home)
3.  Trust and Estates in which Seller or any such relatives collectively own 10% or more of the total beneficial interest or serve as trustee, executor or in any similar capacity
4.  Corporations and organizations in which the Seller and such relatives collectively own beneficially 10% or more of any class of equity securities or 10% or more of the equity interest
5.  Sales by pledge (if Seller is pledgor) or pledgor (if Seller is pledgee) if defaults occurred within preceding two years
6.  Sales by donor (if Seller is donee or trust) or sales by donee or trust (if Seller was donor) if gift occurred within the preceding two years
7.  Any sales by decedent within preceding three months if Seller is decedent's estate or beneficiary of such estate
8.  Any person acting in concert with the Seller
9.  Sales by any of the above securities convertible into securities to be sold (measured by amount of securities into which they are convertible)
10. Sales by any of the above securities into which the securities to be sold are convertible (Give number of shares sold, when and by whom for any of the above)

_____

_____

_____

_____

_____

_____

_____

_____

_____



**PENSON**

# Irrevocable Stock Power Form

For Value Received, the undersigned do hereby sell, assign and transfer unto

_____, _____ shares of the Capital Stock of

_____ standing in the name of the undersigned

on the books of said Company, represented by Certificates No. _____ herewith,

and       hereby       irrevocably       constitute       and       appoint       Penson

Financial Services, Inc. attorney to transfer the said stock on the books of the within named

Company with full power of substitution in the premises.

_____
Account Number

_____
Process ID Number (Broker use only)

_____          2/7/08
Account Holder's Signature                              Date

Cor/a S. Libotsky
Account Holder's Name Printed

Manager

_____          _____
Joint Account Holder's Signature                    Date

_____
Joint Account Holder's Name Printed

New Millennium Capital Partners II, LLC

*Rule 144 (k) seller's Representation Letter*

Date: __2|7|08__

Re: SEC Rule 144(k) Sale of _____60,000_____ shares of the Common Stock (the "Shares") of

_____Cyberlux Corp_____

(the "Company")

To Whom It May Concern:

In connection with the sale referenced above, the undersigned represents that:

1. The undersigned is not now nor has the undersigned been within the preceding three months an affiliate of the Company.
2. The undersigned has beneficially owned the Shares for at least two years excluding any period during which the undersigned has a short position in, or an option to dispose of, any securities of the Company.
3. The sale of the Shares complies in all respects with the undersigned's requirements under Rule 144(k)

The undersigned agrees to notify you immediately if any of the representations provided becomes inaccurate before this sale is completed. The undersigned further agrees that the proceeds of this sale may not be paid until transfer of the Shares free of any transfer restrictions has been completed.

New Millennium Capital
Partners II, LLC

_____
Name of Seller

_____
Signature of Seller

Corey S. Ribotsky, Manager
_____
Title of Signatory (if applicable)

## Control and Restricted Securities Checklist

A. Information Concerning Seller

1. Name: _____ AJW Offshore, Ltd. _____
2. Address: _____ 1044 Northern Blvd. Suite 302, Roslyn, NY 11576 _____
3. Employer: _____
4. Position: _____
5. Social Security Number: _____--------------------------_____
6. Relationship to Issuing Company: _____ Investor _____
7. The firm (is) (is not) authorized by Seller to contact the Issuer, its counsel and transfer agent concerning this sale.

B. Information Concerning Securities to be Sold

1. Issuer: _____ Cyberlux Corp _____
2. Title of Securities: _____
3. Total number of shares owned by Seller: _____
4. Number of shares to be sold: __1,560,000_____
5. Proposed date of sale: __2|14|08_____
6. How Securities were acquired?
   a. Date acquired: __9/23/04_____
   b. Nature of acquisition transaction:____ Private Placement _____
   _____
   c. From whom acquired: _____ Issuer / Company _____
   d. Amount of Securities acquired: _____
   e. Date of payment: _____9/23/04_____
   f. Nature of payment: _____ Wire _____
7. If the Securities were acquired as a gift, pledge or from a trust or estate, how and when did the prior owner acquire the Securities?
   _____N/A_____

8. Describe any short positions or put options to sell any of the Securities (or any securities convertible into such Securities or securities into which the Securities are convertible) since their acquisition: _____N/A_____

9. Are the Securities covered by a current registration statement?: _____

10. Has customer prepared SEC Form 144 in contemplation of proposed sale?:
    _____N/A_____
    If so, please attach copy. Date mailed to SEC: _____

## Control and Restricted Securities Checklist (Continued)

**C. Certificates:**    *******TO BE ISSUED*******

1.  If a legend appears on the certificates, copy the language or attach a copy of both sides of the certificate.
    _____
    _____     _____
    _____

2.  Certificate numbers, dates and amounts (or attach copies):
    _____     _____

3.  Exact name in which certificates are registered:
    _____
    _____

4.  Name, Address and Phone Number of Transfer Agent:
    _____
    _____

5.  Location of Certificates: _____     _____

6.  Describe any special arrangements necessary to make delivery of certificates:
    _____

**D. Information Regarding Company and Trading of Securities**

1.  Trading market for securities (Principal Exchange or OTC): _____ OTC: BB _____

2.  Shares currently outstanding (as set forth in Issuer's most recent SEC filing or other public notice):
    _____ 552,442,883 _____
    _____

3.  Volume during each of the past four calendar weeks: (if available):
    _____
    _____
    _____

4.  If an SEC reporting company, has Issuer filed a 10-K (annual) or 10-Q (quarterly) report with the SEC during the preceding 90 days?: _____

5.  If not a reporting company has the Issuer made current information and financials publicly available?: _____ Please cite public sources: _____

## Control and Restricted Securities Checklist (Continued)

E.  Securities Sold During the Three Months Preceding this Sale

List all sales of securities of this Issuer in the three months preceding this sale by the following:

1.  Seller
2.  Relatives of the Seller (including spouse and in-laws living in the same home)
3.  Trust and Estates in which Seller or any such relatives collectively own 10% or more of the total beneficial interest or serve as trustee, executor or in any similar capacity
4.  Corporations and organizations in which the Seller and such relatives collectively own beneficially 10% or more of any class of equity securities or 10% or more of the equity interest
5.  Sales by pledge (if Seller is pledgor) or pledgor (if Seller is pledgee) if defaults occurred within preceding two years
6.  Sales by donor (if Seller is donee or trust) or sales by donee or trust (if Seller was donor) if gift occurred within the preceding two years
7.  Any sales by decedent within preceding three months if Seller is decedent's estate or beneficiary of such estate
8.  Any person acting in concert with the Seller
9.  Sales by any of the above securities convertible into securities to be sold (measured by amount of securities into which they are convertible)
10. Sales by any of the above securities into which the securities to be sold are convertible (Give number of shares sold, when and by whom for any of the above)

_____

_____

_____

_____

_____

_____

_____

_____



**PENSON**

# Irrevocable Stock Power Form

For Value Received, the undersigned do hereby sell, assign and transfer unto

_____ , _____ shares of the Capital Stock of

_____ standing in the name of the undersigned

on the books of said Company, represented by Certificates No. _____ herewith,

and        hereby        irrevocably        constitute        and        appoint        Penson

Financial Services, Inc. attorney to transfer the said stock on the books of the within named

Company with full power of substitution in the premises.

_____
Account Number

_____
Process ID Number (Broker use only)

_____        _____2|7|08_____
Account Holder's Signature                              Date

_____
Account Holder's Name Printed
        President

_____        _____
Joint Account Holder's Signature                        Date

_____
Joint Account Holder's Name Printed

AJW Offshore, LTD

*Rule 144 (k) seller's Representation Letter*

Date: 2/7/08

Re: SEC Rule 144(k) Sale of ___1,500,000___ shares of the Common Stock (the "Shares") of
___Cyberlux Corp___
(the "Company")

To Whom It May Concern:

In connection with the sale referenced above, the undersigned represents that:

1. The undersigned is not now nor has the undersigned been within the preceding three months an affiliate of the Company.
2. The undersigned has beneficially owned the Shares for at least two years excluding any period during which the undersigned has a short position in, or an option to dispose of, any securities of the Company.
3. The sale of the Shares complies in all respects with the undersigned's requirements under Rule 144(k)

The undersigned agrees to notify you immediately if any of the representations provided becomes inaccurate before this sale is completed. The undersigned further agrees that the proceeds of this sale may not be paid until transfer of the Shares free of any transfer restrictions has been completed.

AJW Offshore, Ltd.

_____
Name of Seller

_____
Signature of Seller

Corey S. Ribotsky, President

_____
Title of Signatory (if applicable)

## Control and Restricted Securities Checklist

A. Information Concerning Seller

1. Name: _____ AJW Qualified Partners, LLC _____
2. Address: _____ 1044 Northern Blvd. Suite 302, Roslyn, NY 11576 _____
3. Employer: _____
4. Position: _____
5. Social Security Number: ___ Tax ID # 11-3617066 _____
6. Relationship to Issuing Company: _____ Investor _____
7. The firm (is) (is not) authorized by Seller to contact the Issuer, its counsel and transfer agent concerning this sale.

B. Information Concerning Securities to be Sold

1. Issuer: _____ Cyberlux Corp _____
2. Title of Securities: _____
3. Total number of shares owned by Seller: _____
4. Number of shares to be sold: 1,080,000 _____
5. Proposed date of sale: 2|14|08 _____
6. How Securities were acquired?
   a. Date acquired: _____ 9/23/04 _____
   b. Nature of acquisition transaction: _____ Private Placement _____
   _____
   c. From whom acquired: _____ Issuer / Company _____
   d. Amount of Securities acquired: _____
   e. Date of payment: _____ 9/23/04 _____
   f. Nature of payment: _____ Wire _____
7. If the Securities were acquired as a gift, pledge or from a trust or estate, how and when did the prior owner acquire the Securities?
   _____ N/A _____

8. Describe any short positions or put options to sell any of the Securities (or any securities convertible into such Securities or securities into which the Securities are convertible) since their acquisition: _____ N/A _____

9. Are the Securities covered by a current registration statement?: _____

10. Has customer prepared SEC Form 144 in contemplation of proposed sale?:
    _____ N/A _____
    If so, please attach copy. Date mailed to SEC: _____

## Control and Restricted Securities Checklist (Continued)

C. *Certificates:*       *******TO BE ISSUED*******

1.  If a legend appears on the certificates, copy the language or attach a copy of both sides of the certificate.

    _____
    _____
    _____

2.  Certificate numbers, dates and amounts (or attach copies):

    _____

3.  Exact name in which certificates are registered:

    _____
    _____

4.  Name, Address and Phone Number of Transfer Agent:

    _____
    _____

5.  Location of Certificates: _____

6.  Describe any special arrangements necessary to make delivery of certificates:

    _____

D. *Information Regarding Company and Trading of Securities*

1.  Trading market for securities (Principal Exchange or OTC): ____ OTC: BB ____

2.  Shares currently outstanding (as set forth in Issuer's most recent SEC filing or other public notice):

    _____ 552,442,883 _____
    _____

3.  Volume during each of the past four calendar weeks: (if available):

    _____
    _____

4.  If an SEC reporting company, has Issuer filed a 10-K (annual) or 10-Q (quarterly) report with the SEC during the preceding 90 days?: _____

5.  If not a reporting company has the Issuer made current information and financials publicly available?: _____ Please cite public sources: _____

## Control and Restricted Securities Checklist (Continued)

E. Securities Sold During the Three Months Preceding this Sale

List all sales of securities of this Issuer in the three months preceding this sale by the following:

1. Seller
2. Relatives of the Seller (including spouse and in-laws living in the same home)
3. Trust and Estates in which Seller or any such relatives collectively own 10% or more of the total beneficial interest or serve as trustee, executor or in any similar capacity
4. Corporations and organizations in which the Seller and such relatives collectively own beneficially 10% or more of any class of equity securities or 10% or more of the equity interest
5. Sales by pledge (if Seller is pledgor) or pledgor (if Seller is pledgee) if default occurred within preceding two years
6. Sales by donor (if Seller is donee or trust) or sales by donee or trust (if Seller was donor) if gift occurred within the preceding two years
7. Any sales by decedent within preceding three months if Seller is decedent's estate or beneficiary of such estate
8. Any person acting in concert with the Seller
9. Sales by any of the above securities convertible into securities to be sold (measured by amount of securities into which they are convertible)
10. Sales by any of the above securities into which the securities to be sold are convertible (Give number of shares sold, when and by whom for any of the above)

_____

_____

_____

_____

_____

_____

_____

_____



**PENSON**

# Irrevocable Stock Power Form

For Value Received, the undersigned do hereby sell, assign and transfer unto

_____, _____ shares of the Capital Stock of

_____ standing in the name of the undersigned

on the books of said Company, represented by Certificates No. _____ herewith,

and hereby irrevocably constitute and appoint Penson

Financial Services, Inc. attorney to transfer the said stock on the books of the within named

Company with full power of substitution in the premises.

_____

Account Number

_____

Process ID Number (Broker use only)

_____          2|7|08
Account Holder's Signature                          Date

_____
Account Holder's Name Printed          Manager

_____          _____
Joint Account Holder's Signature                    Date

_____
Joint Account Holder's Name Printed

AJW Qualified Partners, LLC

*Rule 144 (k) seller's Representation letter*

Date: __2/7/08__

Re: SEC Rule 144(k) Sale of ___1,080,000___ shares of the Common Stock (the "Shares") of
_____Cyberlux Corp_____ (the
"Company")

To Whom It May Concern:

In connection with the sale referenced above, the undersigned represents that:

1. The undersigned is not now nor has the undersigned been within the preceding three months an affiliate of the Company.
2. The undersigned has beneficially owned the Shares for at least two years excluding any period during which the undersigned has a short position in, or an option to dispose of, any securities of the Company.
3. The sale of the Shares complies in all respects with the undersigned's requirements under Rule 144(k)

The undersigned agrees to notify you immediately if any of the representations provided becomes inaccurate before this sale is completed. The undersigned further agrees that the proceeds of this sale may not be paid until transfer of the Shares free of any transfer restrictions has been completed.

AJW Qualified Partners, LLC

_____
Name of Seller

_____
Signature of Seller

Corey S. Ribotsky, Manager
_____
Title of Signatory (if applicable)