# EXHIBIT D

**AJW PARTNERS, LLC**
**NEW MILLENNIUM CAPITAL PARTNERS II, LLC**
**AJW OFFSHORE, LTD.**
**AJW QUALIFIED PARTNERS, LLC**
1044 Northern Boulevard, Suite 302
Roslyn, New York 11576

<u>NOTICE OF DEFAULT</u>

August 21, 2007

Via Facsimile and
Certified Mail/
Return Receipt Requested
Mr. Mark Schmidt
Cyberlux Corporation
4625 Creekstone Drive, Suite 100, Research Triangle Park
Durham, NC 27703

    Re:    Cyberlux Corporation Notes issued to AJW Partners, LLC, New Millennium Capital Partners II, LLC, AJW Qualified Partners, LLC and AJW Offshore, LLC (the "Notes").

Dear Mr. Schmidt:

The undersigned, as holders of a majority of the above-referenced Notes, hereby notify Cyberlux Corporation (the "Company") that it is in default of certain obligations under the Notes, and hereby declare an Event of Default under Notes, exercising all rights to which they are entitled under the Notes, including immediate payment of all amounts due under Section 3.10 of the Notes plus all other sums due under the Notes.

Notwithstanding anything contained herein to the contrary, the undersigned holder expressly reserves any and all claims, rights and remedies which may be available at law or equity. Furthermore, failure to include in this notice any other existing defaults which may exist with regard to the Notes shall in no way be construed as a waiver of such defaults.

                                Very truly yours,

                                AJW PARTNERS, LLC

                                By: SMS GROUP, LLC

                                Corey S. Ribotsky, Manager

                                NEW MILLENNIUM CAPITAL PARTNERS II, LLC

                                By: FIRST STREET MANAGER II, LLC

472716-1

*[signature]*
_____
Corey S. Ribotsky, Manager

AJW OFFSHORE, LTD.

By: FIRST STREET MANAGER II, LLC

*[signature]*
_____
Corey S. Ribotsky, Manager

AJW QUALIFIED PARTNERS, LLC

By: AJW MANAGER, LLC

*[signature]*
_____
Corey S. Ribotsky, Manager

472716-1