# EXHIBIT D

Yahoo! | My Yahoo! | Mail | More    **Make Y! your home page**    Welcome, **fleming75** Sign Out  Help



Search: [                    ] [Web Search]

Dow ⬇ 1.75% Nasdaq ⬇ 2.30%    streaming quotes: **ON**

[          ] [GET QUOTES]  Finance Search    Thu, Mar 6, 2008, 5:34PM ET - U.S. Markets Closed.

NEW! Watch exclusive tech coverage on Tech Ticker.

## Cyberlux Corp. (CYBL.OB)    At 3:52PM ET: **0.0253** ⬆ 0.0003 (1.20%)

**More On CYBL.OB**

**Quotes**
Summary
Options
Historical Prices

**Charts**
Interactive
Basic Chart
Basic Tech. Analysis

**News & Info**
Headlines
Financial Blogs
Company Events
Message Board

**Company**
Profile
Key Statistics
SEC Filings
Competitors
Industry
Components

**Analyst Coverage**
Analyst Opinion
Analyst Estimates
Research Reports
Star Analysts

**Ownership**
Major Holders
Insider Transactions
Insider Roster

**Financials**
Income Statement
Balance Sheet
Cash Flow

   

### CYBERLUX CORP (OTC BB: CYBL.OB)

| | | | |
|---|---|---|---|
| Last Trade: | 0.0253 | Day's Range: | 0.025 - 0.026 |
| Trade Time: | 3:52PM ET | 52wk Range: | 0.002 - 0.042 |
| Change: | ⬆ 0.0003 (1.20%) | Volume: | 424,820 |
| Prev Close: | 0.025 | Avg Vol (3m): | 1,949,550 |
| Open: | 0.025 | Market Cap: | 13.97M |
| Bid: | 0.025 x 5000 | P/E (ttm): | N/A |
| Ask: | 0.0259 x 5000 | EPS (ttm): | -0.261 |
| 1y Target Est: | N/A | Div & Yield: | N/A (N/A) |

CYBL.OB 6-Mar 3:39pm (C)Yahoo!
[chart: 0.0250 - 0.0265, 10am-4pm]
1d 5d 3m 6m 1y 2y 5y
customize chart

Add CYBL.OB to Your Portfolio
Set Alert for CYBL.OB
Download Data
Add Quotes to Your Web Site

Quotes delayed, except where indicated otherwise. For consolidated real-time quotes (incl. pre/post market data), sign up for a free trial of Real-time Quotes.

HEADLINES    Filter Headlines

- Cyberlux Receives First Commitment from USAF for $3.3M in Portable Illumination Systems
  PR Newswire (Tue, Feb 19)

- Cyberlux to Provide Task Lighting for New York City's New 911 Public Safety Answering Center
  PR Newswire (Tue, Jan 15)

- CYBERLUX CORP Financials
  EDGAR Online Financials (Fri, Dec 7)

- CYBERLUX CORP Files SEC form 10QSB, Quarterly Report
  EDGAR Online (Wed, Nov 14)

- CYBERLUX CORP Files SEC form 8-K, Other Events
  EDGAR Online (Tue, Sep 18)

- CYBERLUX CORP Files SEC form 8-K, Other Events, Financial Statements and Exhibits
  EDGAR Online (Wed, Sep 5)

- CYBERLUX CORP Files SEC form 8-K, Other Events, Financial Statements and Exhibits

ADVERTISEMENT



FEATURED VIDEO

 Home Foreclosures Soar

Provided by: 

Muni Bond Battle
CNBC