UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AJW PARTNERS, LLC, AJW OFFSHORE, LTD, AJW QUALIFIED PARTNERS, LLC, and NEW MILLENNIUM CAPITAL PARTNERS II, LLC,<br><br>         Plaintiffs,<br><br>    -against-<br><br>CYBERLUX CORPORATION and DONALD F. EVANS,<br><br>         Defendants. | Case No. 07-CV-8367<br><br>ECF CASE<br><br>CERTIFICATE OF SERVICE |

  I, THOMAS J. FLEMING, am not a party to this action and am over the age of 18, and certify under penalty of perjury that on March 6, 2008, I served a true copy of the **NOTICE OF MOTION, DECLARATION OF COREY RIBOTSKY with exhibits, DECLARATION OF THOMAS J. FLEMING with exhibits and MEMORANDUM OF LAW** upon

        Ernest E. Badway, Esq.
        Fox Rothschild, LLP
      100 Park Avenue, Suite 1500
      New York, New York 10017

via the United States District Court for the Southern District of New York Electronic Case Filing System.

                    /s/   Thomas J. Fleming
                   Thomas J. Fleming

570360-1